Purchase order   MMX 002-6-17-2004                                                                                                17 Jun 24

**MRF Associates**
2 Evergreen Ln, Unit 10
Hopedale. MA 01747
508-317-7827 - Michelle Faherty - MFaherty1@comcast.net

| TO: | | | SHIP TO: | Terms NET 30 | |
|---|---|---|---|---|---|
| Home First   4701 N. Federal HWY l Ste 315 l Pompano Beach FL 33064 | | | Ship to WHSE locations as supplied | FOB Akron - Marshals picks up shipment | |

| Descriptions | Item #s | Quantity | Price | Total | shipdate 8-12-24 |
|---|---|---|---|---|---|
| 32 oz multi surface with trigger and larger lable  Mandarine Cranberry | TMMC32 | 6996 | $1.71 | $11,963 | 3,498 |
| 32 oz Dish Soap with Hand Pump and larger lable Mandarine Cranberry | THSMC32 | 6996 | $1.71 | $13,500 | 3,498 |
| 32 oz multi surface with trigger and larger lable Apple Spice | TMAC32 | 8004 | $1.71 | $13,500 | 4,002 |
| 32 oz Dish Soap with Hand Pump and larger lable Apple Spice | THSAC32 | 8004 | $1.71 | 20,400 | 4,002 |
| 32 oz multi surface with trigger and larger lable Herbal Amber | TMHA32 | 4500 | $1.71 | $15,300 | 2,250 |
| 32 oz Dish Soap with Hand Pump and larger lable Herbal Amber | THSHA32 | 4500 | $1.71 | $12,250 | 2,250 |
| 32 oz multi surface with trigger and larger lable  Manderine Cranberry | AMSMC32 | 6000 | $1.71 | $12,250 | 3,000 |
| 32 oz Dish Soap with Hand Pump and larger lable Mandarine Cranberry | ADSMC32 | 6000 | $1.71 | $12,250 | 3,000 |
| 32 oz multi surface with trigger and larger lable Apple Spice | AMSAP32 | 6996 | $1.71 | $14,100 | 3,498 |
| 32 oz Dish Soap with Hand Pump and larger lable Apple Spice | ADSAP32 | 6996 | $1.71 | $11,750 | 3,498 |
| 32 oz multi surface with trigger and larger lable Herbal Amber | AMSHA32 | 3000 | $1.71 | $11,750 | 1,500 |
| 32 oz Dish Soap with Hand Pump and larger lable Herbal Amber | ADSHA32 | 3000 | $1.71 | $5,130 | 1,500 |
| TOTAL | | 70,992 | Total | $154,143 | 35,496 |

EX. A

| Shipdate 8-26 |
|---|
| 3,498 |
| 3,498 |
| 4,002 |
| 4,002 |
| 2,250 |
| 2,250 |
| 3,000 |
| 3,000 |
| 3,498 |
| 3,498 |
| 1,500 |
| 1,500 |
| 35,496 |