# INVOICE

**SMB INTERNATIONAL, LLC**
1081 Rosemary Blvd
Akron, OH 44306

Phone #: 732-222-4888   Fax #:732-222-4884

| | |
|---|---|
| Invoice Number: | 40283 |
| Invoice Date: | 09/05/24 |
| Page: | 1 |
| Customer Phone: | |
| Customer Fax: | |

**BILL:**
HOME FIRST LLC
55 SE 2ND STE 409
DELRAY BEACH, FL 33444

**SHIP:**
MARSHALLS / TJX COMPANIES
AZR: MAR PHOENIX
DC#881
3000 S 55TH AVENUE
PHOENIX, AZ 85043

| | | | | | |
|---|---|---|---|---|---|
| Sales Ord No: | 21265 | Taxable: | N | Purchase Order: | 01-880188 |
| Order Date: | 08/26/24 | Pmt Terms: | NET 30 | Ship Via: | COLLECT |
| Account Cd: | HOM001 | Shipper No: | 792462 | FOB: | PLANT |
| Salesperson: | 1000 | Ship Date: | 09/05/24 | Job Number: | |

| Line | Qty Shipped | Backordered | Part Number/Description | Discount | Price | UM | Extended Price |
|---|---|---|---|---|---|---|---|
| | 127 | 0 | XHF-ADSAP32<br>APOTH DISH SOAP APPLE SPC(6/C<br>APPLE SPICE DISH SOAP | 0.00 | $9.4800 | CS | $1,203.96 |
| | 55 | 0 | XHF-ADSHA32<br>APOTH DISH SOAP AMBER(6/C<br>HERBAL AMBER DISH SOAP | 0.00 | $9.4800 | CS | $521.40 |
| | 109 | 0 | XHF-ADSMC32<br>APOTH DISH SOAP MANDARINE(6/C<br>MANDARINE CRANBERRY DISH SOAP | 0.00 | $9.4800 | CS | $1,033.32 |
| | 127 | 0 | XHF-AMSAP32<br>APOTH MP TRIGGER APPLE SPC(6/C<br>APPLE SPICE TRIGGER | 0.00 | $9.4800 | CS | $1,203.96 |
| | 66 | 0 | XHF-AMSHA32<br>APOTH MP TRIGGER AMBER (6/C<br>HERBAL AMBER TRIGGER | 0.00 | $9.4800 | CS | $625.68 |
| | 109 | 0 | XHF-AMSMC32<br>APOTH MP TRIGGER MANDERINE(6/C<br>MANDERINE CRANBERRY TRIGGR | 0.00 | $9.4800 | CS | $1,033.32 |
| | 146 | 0 | XHF-THSAC32<br>TERRA DISH SOAP APPLE(6/C<br>APPLE SPICE DISH SOAP | 0.00 | $9.4800 | CS | $1,384.08 |
| | 82 | 0 | XHF-THSHA32<br>TERRA DISH SOAP AMBER(6/C<br>HERBAL AMBER DISH SOAP | 0.00 | $9.4800 | CS | $777.36 |
| | 127 | 0 | XHF-THSMC32<br>TERRA DISH SOAP MANDARINE(6/C<br>MANDARINE CRANBERRY DISH | 0.00 | $9.4800 | CS | $1,203.96 |
| | 146 | 0 | XHF-TMAC32<br>TERRA MP TRIGGER APPLE SPC(6/C<br>MANDARINE SPICE TRIGGER | 0.00 | $9.4800 | CS | $1,384.08 |
| | 82 | 0 | XHF-TMHA32<br>TERRA MP TRIGGER AMBER(6/C | 0.00 | $9.4800 | CS | $777.36 |

EX. B

# INVOICE

**SMB INTERNATIONAL, LLC**
1081 Rosemary Blvd
Akron, OH 44306

Invoice Number: 40283
Invoice Date: 09/05/24
Page: 2
Customer Phone:
Customer Fax:

Phone #: 732-222-4888   Fax #: 732-222-4884

**BILL:**
HOME FIRST LLC
55 SE 2ND STE 409
DELRAY BEACH, FL 33444

**SHIP:**
MARSHALLS / TJX COMPANIES
AZR: MAR PHOENIX
DC#881
3000 S 55TH AVENUE
PHOENIX, AZ 85043

| | | |
|---|---|---|
| Sales Ord No: 21265 | Taxable: N | Purchase Order: 01-880188 |
| Order Date: 08/26/24 | Pmt Terms: NET 30 | Ship Via: COLLECT |
| Account Cd: HOM001 | Shipper No: 792462 | FOB: PLANT |
| Salesperson: 1000 | Ship Date: 09/05/24 | Job Number: |

| Line | Qty Shipped | Backordered | Part Number/Description | Discount | Price | UM | Extended Price |
|---|---|---|---|---|---|---|---|
| | 126 | 0 | HERBAL AMBER TRIGGER<br>XHF-TMMC32<br>TERRA MP TRIGGER MANDARINE(6/C<br>MANDARINE CRANBERRY TRIGGER | 0.00 | $9.4800 | CS | $1,194.48 |

Please remit payment to:
SMB International, LLC
1081 Rosemary Blvd
Akron, OH 44306

Subtotal: $12,342.96
Freight: $0.00
Total: $12,342.96

**FROM: SMB INTERNATIONAL, LLC**     Emergency # Chemtrec 1-800-424-9300   Contract # CCN233756     Page: 1

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any said property over all or any portion of said route destination, and as to each party at any interested in all or any of said property, that every service to be preformed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tarrif if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all ther terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tarrif which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

**SHIP:** MARSHALLS / TJX COMPANIES
AZR: MAR PHOENIX
DC#881
3000 S 55TH AVENUE
PHOENIX, AZ 85043

**BILL:** HOME FIRST LLC
55 SE 2ND STE 409
DELRAY BEACH, FL 33444

| | | |
|---|---|---|
| Sales Order No: 21265 | Purchase Order: 01-880188 | If charge are to be prepaid, write or stamp here, "To Be Prepaid" |
| Order Date: 08/26/24 | Ship Via: COLLECT | FOB: PLANT |
| Req Date: 06/18/24 | Salesperson: 1000 | (Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the interstate Commerce Commission) |
| Cust Code: HOM001 | Page: 1 | |

* The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Consolidated Freight Classifications

| # of Pallets | Part Number | HM | Description | UM | Qty Ordered | Qty Shipped | Unit Weight | Ext. Weight |
|---|---|---|---|---|---|---|---|---|
| 1 | XHF-ADSAP32 | | APOTH DISH SOAP APPLE SPC(6/C APPLE SPICE DISH SOAP | CS | 127 | 127 | 15 Lb. | |
| 1 | XHF-ADSHA32 | | APOTH DISH SOAP AMBER(6/C HERBAL AMBER DISH SOAP | CS | 55 | 55 | 15 Lb. | |
| 1 | XHF-ADSMC32 | | APOTH DISH SOAP MANDARINE(6/C MANDARINE CRANBERRY DISH SOAP | CS | 109 | 109 | 15 Lb. | |
| 2 | XHF-AMSAP32 | | APOTH MP TRIGGER APPLE SPC(6/C APPLE SPICE TRIGGER | CS | 127 | 127 | 15 Lb. | |
| 1 | XHF-AMSHA32 | | APOTH MP TRIGGER AMBER (6/C HERBAL AMBER TRIGGER | CS | 66 | 66 | 15 Lb. | |
| 1 | XHF-AMSMC32 | | APOTH MP TRIGGER MANDERINE(6/C MANDERINE CRANBERRY TRIGGR | CS | 109 | 109 | 15 Lb. | |
| 2 | XHF-THSAC32 | | TERRA DISH SOAP APPLE(6/C APPLE SPICE DISH SOAP | CS | 146 | 146 | 15 Lb. | |
| 1 | XHF-THSHA32 | | TERRA DISH SOAP AMBER(6/C HERBAL AMBER DISH SOAP | CS | 82 | 82 | 15 Lb. | |
| 2 | XHF-THSMC32 | | TERRA DISH SOAP MANDARINE(6/C MANDARINE CRANBERRY DISH | CS | 127 | 127 | 15 Lb. | |
| 2 | XHF-TMAC32 | | TERRA MP TRIGGER APPLE SPC(6/C MANDARINE SPICE TRIGGER | CS | 146 | 146 | 15 Lb. | |
| 1 | XHF-TMHA32 | | TERRA MP TRIGGER AMBER(6/C HERBAL AMBER TRIGGER | CS | 82 | 82 | 15 Lb. | |
| 2 | XHF-TMMC32 | | TERRA MP TRIGGER MANDARINE(6/C MANDARINE CRANBERRY TRIGGER | CS | 126 | 126 | 15 Lb. | |

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicatable regulations of the Department of Transportation.

Signature _____   Title _____   Shipper, Per _____   Agent _____ Per _____

| Total Weight: 19530.000000 | Total Qty: | Total Pallets | Total Hazardous Wt: |
|---|---|---|---|

Permanent post office address:
1081 Rosemary Blvd
Akron, OH 44306

Trailer #: _____
Seal #: _____
Total Cube: _____

SIGNATURE: _____
WRITTEN: _____   DATE: _____

Date: 6/30/2024

| SHIP FROM | |
|---|---|
| Name: | SBM Int'l – MRF Associates |
| Address: | 1081 Rosemary Blvd. |
| City/State/Zip: | Akron, OH 44306 |

| SHIP TO | |
|---|---|
| Name: | Marshall's – Phoenix |
| Address: | 5665 West Lower Buckeye |
| City/State/Zip: | Phoenix, AZ 85043 USA |

| TRANSPORTATION FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: | |
| Address: | |
| City/State/Zip: | |

Bill of Lading Number: 5093345
Load ID: 5093345
Cust Ref: PO 01880188

CARRIER NAME: AFN/Global Tranz
Trailer number: 36743
Seal number: 09132127
SCAC:
Pro number:

Freight Charge Terms:
3rd Party Collect: __X__

⑩ (check box) Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | PALLETS | #CTNS | | DISCRIPTION | CLASS | WEIGHT |
|---|---|---|---|---|---|---|
| PO 01 880188 | 20 | 1,302 | | Dish Soap, All Purpose Cleaner | 125 | 19,530lbs |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| GRAND TOTALS | | | | | | |

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ß 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to l applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Sinature

SHIPPER SIGNATURE / DATE  This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
⑩ By Shipper
⑩ By Driver

Freight Counted:
⑩ By Shipper
⑩ By Driver/pieces
⑩ By Driver/pallets

STC

CARRIER SIGNATURE / PICKUP DATE  Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.