# DAVID H. HAFT, P.A.

1526 Cardinal Way, Suite A
Weston, Florida 33327

David H. Haft
(516) 782-3612 (phone)
(954)-459-1358 (phone)
(754)-253-3743 (fax)
david@dhaftlaw.com

**August 8, 2025**

**VIA US MAIL**
**AND EMAIL DELIVERY**
Jessica Minster
Claims Manager
Cargo Solution Express
Email: jessica@cargosolutionexpress.com

Mandeep S. Rupal, Esq.
Rupal Law
4740 Green River Road, Suite 209
Corona, CA 92878
Email: mrupal@rupallaw.com

**RE: Demand for Removal of Damaged Vehicle and Environmental Remediation – 1081 Rosemary Boulevard, Akron, OH 44306**

Dear Ms. Minster and Mr. Rupal:

As you are aware, this Firm represents SMB International, LLC, its principals, and affiliates (collectively, "SMB"). Please allow this letter to serve as formal demand for the immediate removal of that certain fire damaged vehicle abandoned at SMB's property Cargo Solution Express's driver and corresponding remediation of environmental damage caused by said vehicle on my client's property located at 1081 Rosemary Boulevard, Akron, Ohio 44306 (the "Property"). As you are undoubtedly aware, as a result of your driver's negligence and dereliction of his duties, the subject vehicle was abandoned at the Property filled with cargo, which your company was hired to transport and deliver, and which was subsequently destroyed following an unforeseen fire event at the Property on or around September 6, 2024.

Ex. C

Yet, notwithstanding the passage of nearly one (1) year since the aforementioned fire and destruction of your vehicle at the Property, and despite repeated demand, as of the date of this correspondence, you have failed and/or refused to remove and/or taken reasonable action to remove the subject vehicle from the Property or made any good faith effort to clean up the above hazardous condition caused by your negligence.  For the avoidance of any doubt, please be advised that your failure to timely remove the damaged vehicle from my client's Property has caused and continues to cause environmental harm and damage, and poses an ongoing significant hazard and liability, in addition to obstructing my client's use and enjoyment of the Property.  More specifically, and without limitation, in addition to the hazardous conditions caused by the destroyed and incinerated cargo left in the trailer of the subject vehicle, the abandoned vehicle has also continued to leak hazardous fluids and other materials at the Property causing, without limitation, ground contamination, which my client has been forced, at his own expense, to continually mitigate.  To date, these mitigations include, without limitation, the hiring of various professional clean up and remediation service providers and the payment of certain government and/or administrative agency related costs incurred as a result of the above environmental conditions caused by your driver and/or the aforementioned hazardous and toxic condition created at the Property.  To this point, as you have been advised on repeated occasions, in addition to the damages caused to my client by the negligence of your company and/or driver, which damages are ongoing, my client has also been forced to incur additional costs of no less than $850.00 per day in environmental clean-up costs, and for which we also hold you and your company responsible.

Accordingly, please be advised that if Cargo Solution Express fails to take appropriate and diligent action to address the concerns raised herein, in addition to remitting payment for all costs and expenses incurred by my client as a result of the environmental cleanup described above, within ten (10) days of this correspondence, or if this demand is rejected, my client intends, and without further notice to

you, to commence litigation against all responsible parties including Cargo Solution Express, as permitted by applicable law. Please take notice that to the extent it becomes necessary for my client to pursue litigation hereunder, my client intends to seek, without limitation, damages, injunctive relief, as may be applicable, and recovery of any costs and attorney's fees damages incurred by my client in connection with the matters described herein. Finally, please be advised that this letter is issued without prejudice as to any and all rights and remedies available to SMB under applicable law, and which rights are nevertheless expressly reserved.

      **PLEASE GOVERN YOURSELVES ACCORDINGLY.**

*DAVID H. HAFT* of
DAVID H. HAFT, P.A.
Attorneys for SMB International, LLC

DHH
Enclosures
cc: