**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**


SMB INTERNATIONAL, LLC

　　　　　　PLAINTIFF(S)

v.

CARGO SOLUTION EXPRESS, INC. ,



　　　　　DEFENDANT(S).

CASE NUMBER
　0:26−cv−60605−DSL


**DEFAULT BY CLERK F.R.Civ.P.55(a)**


# Clerk's Default

　　It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Cargo Solution Express, Inc.**



as of course, on the date April 23, 2026.

　　　　　　　　　　　　　　　**Angela E. Noble**
　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By  _/s/ Benita Lois Chin_
　　　　　　　　　　　　　　　Deputy Clerk

cc:  Judge David S. Leibowitz
　　　SMB International, LLC


**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)