**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 0:26-cv-60605-DSL**

SMB INTERNATIONAL, LLC, )
*a Florida limited liability company,* )
)
Plaintiff, )
)
v. )
)
CARGO SOLUTION EXPRESS, INC., )
*a California corporation,* )
)
Defendant. )
_____________________________/ )

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR**
**DEFAULT FINAL JUDGMENT**

STATE OF FLORIDA
COUNTY OF BROWARD

I, Scott Margulis, being duly sworn, depose and state as follows:

1. I am the President of Plaintiff SMB International, LLC (SMB or Plaintiff), a Florida limited liability company. I have personal knowledge of the facts set forth herein and am competent to testify thereto.

2. SMB operates a consumer product manufacturing business at 1081 Rosemary Boulevard, Akron, Ohio 44306 (the Property), where it manufactures and distributes commercial cleaning products.

3. On or about June 17, 2024, SMB entered into a Purchase Order with its customer, Home First, for the manufacture and sale of 70,992 units of 32oz commercial cleaning products in

the aggregate amount of $126,586.32. A true and correct copy of the Purchase Order is attached hereto as Exhibit A.

4. On or about September 5, 2024, pursuant to the Purchase Order, SMB tendered a partial shipment of goods (the Goods) to Defendant Cargo Solution Express, Inc. (CSE), the carrier hired by the buyer, Home First, to transport the Goods from the Property to the buyer's out-of-state destination in interstate commerce. A true and correct copy of the Bill of Lading is attached hereto as Exhibit B.

5. The Goods were accepted by CSE's driver and physically loaded onto CSE's commercial truck (the Truck) in apparent good order and condition.

6. Notwithstanding SMB's explicit instructions to CSE's driver to remain in the cab of the Truck during loading and to depart immediately upon completion, CSE's driver abandoned the Truck without notice or authorization and was found in an unauthorized area of one of SMB's buildings on the Property.

7. Before CSE's driver returned to the Truck, a fire broke out at the Property on or about September 5, 2024. The fire destroyed the Goods, the Truck, and the attached Trailer.

8. Following the fire, CSE abandoned the destroyed Truck, Trailer, and hazardous debris -- including diesel fuel, oil, and other hazardous fluids that leaked into and contaminated the soil throughout the Property -- at SMB's Property without consent or authorization, where it has remained to the date of this Affidavit.

## CARGO LOSS DAMAGES

9. The Goods tendered to and accepted by CSE, which were completely destroyed in the fire while in CSE's possession, custody, and control, have an invoice value of $12,342.96, as documented by SMB Invoice No. 40283 dated September 5, 2024. A true and correct copy of Invoice No. 40283 is attached hereto as Exhibit C.

10. The Goods were in apparent good order and condition at the time of delivery to and acceptance by CSE, as confirmed by the Bill of Lading.

11. CSE has failed and refused to compensate SMB for the value of the destroyed Goods.

**ENVIRONMENTAL REMEDIATION, CLEANUP, AND STORAGE DAMAGES**

**A. Documented Daily Remediation Costs -- September 5, 2024 through October 23, 2024**

12. Pursuant to the requirements and mandate of the Ohio Environmental Protection Agency (OEPA), SMB was required to undertake immediate and ongoing environmental cleanup, soil remediation, hazardous materials containment, and site mitigation efforts at the Property following the fire. SMB retained and paid, at its own expense, various environmental remediation service providers, equipment vendors, and related contractors to perform these services.

13. SMB maintained a detailed, contemporaneous ledger of all environmental remediation, cleanup, and associated costs incurred at the Property on a daily basis from September 5, 2024 through October 23, 2024 (the "Remediation Ledger")

14. The remediation costs recorded in the Remediation Ledger include, without limitation: environmental contractor labor and project management fees; excavation and heavy equipment costs; hazardous materials containment and disposal; soil sampling and testing; site security and fencing; water management and dewatering; fill dirt, grading, and site restoration; and related supplies and administrative costs, all incurred as a direct result of CSE's abandonment of its hazardous debris at the Property.

15. The total environmental remediation and cleanup costs documented in the Remediation Ledger, broken down by period, are as follows:

| **Action Taken:** | **Remediation Costs** |
|---|---:|
| Dock Cleaning | $68,121.95 |
| Water Control | $283,807.00 |
| **TOTAL** | **$351,928.25** |

**B. Continuing Storage and Remediation Costs at $850.00 Per Day – October 24, 2024 through May 4, 2026**

17. Environmental remediation, containment, and storage costs at the Property have continued to accrue. As of the date of this Affidavit, CSE's incinerated Truck, Trailer, and hazardous debris remain unremediated at the Property, and SMB continues to incur costs associated with ongoing containment, monitoring, regulatory compliance, and storage burdens caused by CSE's abandonment.

18. SMB has incurred and continues to incur such costs at the minimum documented rate of $850.00 per day -- the same rate communicated to and never disputed by CSE in the August 8, 2025 demand letter from undersigned counsel (Exhibit C to the Complaint). For the period from October 24, 2024 through May 4, 2026, a total of 557 days, the continuing per diem costs are as follows:

| Period | Daily Rate | Days | Subtotal |
|---|---|---|---|
| October 24, 2024 through May 4, 2026 | $850.00 | 557 | $473,450.00 |
| **TOTAL** | | **557** | $473,450.00 |

**C. EnviroServe, Inc. -- Truck and Trailer Removal and EPA-Compliant Disposal (Quote No. 0046748)**

19. Because CSE refused to remove its incinerated Truck and Trailer from the Property, SMB was required to retain EnviroServe, Inc. (EnviroServe), an environmental remediation contractor located at 9815 South Monroe Street, Suite 300, Sandy, Utah 84070, to perform the physical removal and EPA-compliant disposal of the destroyed truck skeleton and trailer.

20. EnviroServe performed the removal using a 60,000-lb excavator with shear cut attachment to remove and dispose of the remaining skeleton of the Truck and Trailer in accordance with EPA guidelines. A true and correct copy of EnviroServe Quote No. 0046748, dated December 18, 2024, is attached hereto as Exhibit E.

21. The cost of the EnviroServe removal work, including transportation, labor, equipment, disposal, and the applicable environmental fee, was incurred by SMB in the total amount of $26,407.50.

**D. EnviroServe, Inc. -- Site Dock Clearing and Hazardous Debris Remediation (Invoice No. 10049692)**

22. In addition to the initial Truck and Trailer removal described in Section C above, EnviroServe performed additional environmental remediation services at the Property, including site dock clearing, hazardous debris excavation and removal, burnt product disposal, soil containment, and EPA-compliant disposal of remaining contaminated materials (the Dock Clearing Work). The Dock Clearing Work was performed over six work days -- March 5, 6, 7, 10, 17, and 18, 2025 -- and required the deployment of heavy equipment including a 60,000-lb

excavator, mini excavator, skid steer loader, multiple roll-off trucks, roll-off containers, service vehicles, and associated personnel.

23. The Dock Clearing Work was necessary to fulfill SMB's obligations under the OEPA mandate and was directly caused by CSE's abandonment of its Truck, Trailer, and hazardous debris at the Property. EnviroServe invoiced SMB for the Dock Clearing Work in Invoice No. 10049692, dated April 28, 2025 (the EnviroServe Invoice), in the total amount of $68,121.95. A true and correct copy of EnviroServe Invoice No. 10049692, including all supporting documentation, is attached hereto as Exhibit F.

24. The EnviroServe Invoice covers the following categories of work performed at the Property:

| **Category** | **Amount** |
|---|---|
| Sampling & Analytical Equipment | $747.00 |
| Health & Safety (PPE) | $1,520.00 |
| Personnel (Project Management and Field Technicians) | $10,310.00 |
| Trucks, Trailers, and Containers | $18,772.75 |
| Machinery and Construction Equipment | $20,000.10 |
| Expendable Supplies and Materials | $392.00 |
| Services (Burnt Product Disposal - 34.67 tons) | $6,240.60 |
| Fees and Surcharges (EIC Environmental Fee) | $6,755.68 |
| Subtotal | $61,415.27 |
| **TOTAL (Invoice No. 10049692)** | **$68,121.95** |

25. The EnviroServe Invoice is noted as a partial invoice pending final disposal, meaning additional costs for disposal of remaining contaminated materials may be incurred. The amount of $68,121.95 reflects the costs documented through the invoice date of April 28, 2025.

**Total Environmental, Remediation, and Regulatory Costs**

26. The total environmental remediation, cleanup, continuing per diem, and regulatory costs incurred by SMB as a direct result of CSE's conduct are as follows:

| **Category** | **Amount** |
|---|---|
| a. Documented Daily Remediation Costs (Sept. 5 – October 23, 2024) | $351,928.95 |

| | |
|---|---|
| b. Continuing Per Diem at $850.00/day (October 24, 2024, 2024 - May 4, 2026; 557 days) | $473,450.00 |
| c. EnviroServe -- Truck/Trailer Removal and EPA Disposal (Quote No. 0046748, Exhibit E) | $26,407.50 |
| d. EnviroServe -- Dock Clearing and Hazardous Debris Remediation (Invoice No. 10049692, Exhibit F) | $68,121.95 |
| **TOTAL ENVIRONMENTAL/REMEDIATION/REGULATORY DAMAGES** | **$825,378.95** |

**SERVICEMEMBERS CIVIL RELIEF ACT**

27. Defendant Cargo Solution Express, Inc. is a corporation organized under the laws of the State of California. Based on my knowledge and review of the record, Defendant is not an individual natural person and therefore is not, and cannot be, a member of the United States Armed Forces subject to the protections of the Servicemembers Civil Relief Act, 50 U.S.C. Section 3931.

**SUMMARY OF ALL DAMAGES**

33. The total damages incurred by SMB as a direct and proximate result of CSE's actions and inactions, exclusive of pre-judgment interest and punitive damages, and calculated through May 4, 2026, are summarized as follows:

| **Category of Damages** | **Amount** |
|---|---|
| a. Cargo Loss -- Invoice No. 40283 (September 5, 2024) | $12,342.96 |
| b. Post-Fire Environmental Remediation and Cleanup Costs | $351,928.95 |
| c. Continuing Per Diem at $850.00/day (October 24, 2024, 2024 - May 4, 2026; 557 days) | $473,450.00 |
| d. EnviroServe -- Truck/Trailer Removal and EPA Disposal (Quote No. 0046748, Exhibit E) | $26,407.50 |
| e. EnviroServe -- Dock Clearing and Hazardous Debris Remediation (Invoice No. 10049692, Exhibit F) | $68,121.95 |
| Subtotal -- Environmental, Remediation, and Regulatory Costs | $825,378.95 |
| g. Attorneys' Fees | $40,000.00 |
| h. Taxable Costs | $570.00 |
| **TOTAL DAMAGES (Exclusive of Pre-Judgment Interest and Punitive Damages)** | **$865,948.95** |

28. All of the foregoing amounts were actually incurred by SMB and are documented by the supporting exhibits attached hereto. Environmental and storage costs continue to accrue at $850.00 per day from May 5, 2026 through the date of entry of Final Judgment. All damages are a direct and proximate result of CSE's negligence, post-fire negligence, trespass to land, nuisance, and gross negligence as alleged in the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 5, 2026.

[signature]

**SCOTT MARGULIS**
President, SMB International, LLC

Sworn to and subscribed before me this 12 day of May, 2026.

[signature]

Notary Public
State of OH
My Commission Expires: 3-29-2028

ZACHARY J BEAL - NOTARY PUBLIC
COMM EXP: MAR 29, 2028
STATE OF OHIO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:26-cv-60605-DSL

# EXHIBIT A

## Purchase Order

Home First / SMB International, LLC — June 17, 2024

**Purchase order - MMX 2024-17-2004** 17-Jun-24

MRF Associates
2 Evergreen Ln, Unit 10
Hopedale, MA 01747
508-317-7827 - Michelle Faherty - MFaherty1@comcast.net

TO:
Home First 4701 N. Federal HWY l Ste 315 l Pompano Beach FL 33064

**SHIP TO:**
**Ship to WHSE locations as supplied**

Terms NET 30
FOB Akron - Marshals picks up shipment

| Descriptions | Item #s | Quantity | Price | Total | shipdate 8-12-24 |
|---|---|---|---|---|---|
| 32 oz multi surface with trigger and larger lable Mandarine Cranberry | TMMC32 | 6996 | $1.71 | $11,963 | 3,498 |
| 32 oz Dish Soap with Hand Pump and larger lable Mandarine Cranberry | THSMC32 | 6996 | $1.71 | $13,500 | 3,498 |
| 32 oz multi surface with trigger and larger lable Apple Spice | TMAC32 | 8004 | $1.71 | $13,500 | 4,002 |
| 32 oz Dish Soap with Hand Pump and larger lable Apple Spice | THSAC32 | 8004 | $1.71 | 20,400 | 4,002 |
| 32 oz multi surface with trigger and larger lable Herbal Amber | TMHA32 | 4500 | $1.71 | $15,300 | 2,250 |
| 32 oz Dish Soap with Hand Pump and larger lable Herbal Amber | THSHA32 | 4500 | $1.71 | $12,250 | 2,250 |
| 32 oz multi surface with trigger and larger lable Manderine Cranberry | AMSMC32 | 6000 | $1.71 | $12,250 | 3,000 |
| 32 oz Dish Soap with Hand Pump and larger lable Mandarine Cranberry | ADSMC32 | 6000 | $1.71 | $12,250 | 3,000 |
| 32 oz multi surface with trigger and larger lable Apple Spice | AMSAP32 | 6996 | $1.71 | $14,100 | 3,498 |
| 32 oz Dish Soap with Hand Pump and larger lable Apple Spice | ADSAP32 | 6996 | $1.71 | $11,750 | 3,498 |
| 32 oz multi surface with trigger and larger lable Herbal Amber | AMSHA32 | 3000 | $1.71 | $11,750 | 1,500 |
| 32 oz Dish Soap with Hand Pump and larger lable Herbal Amber | ADSHA32 | 3000 | $1.71 | $5,130 | 1,500 |
| TOTAL | | 70,992 | Total | $154,143 | 35,496 |

EX.
A

| Shipdate 8-26 |
|---|
| 3,498 |
| 3,498 |
| 4,002 |
| 4,002 |
| 2,250 |
| 2,250 |
| 3,000 |
| 3,000 |
| 3,498 |
| 3,498 |
| 1,500 |
| 1,500 |
| 35,496 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:26-cv-60605-DSL

# EXHIBIT B

## Bill of Lading

Contract of Carriage — September 5, 2024

**FROM: SMB INTERNATIONAL, LLC** Emergency # Chemtrec 1-800-424-9300 Contract # CCN233756 Page: 1

The property described below, in apparent good order, except as noted (contents and condition of contents of pacakges unknown), marked, consigned, and destined as indicated below, which said carrier(the carrier being understood throughtout this contract as meaning any person or corporation in possession of the property underthe contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is, mutually agreed, as to each carrier of all or any said property over all or any portion of said route destination, and as to each party at any interested in all or any of said property, that every service to be preformed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tarrif if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all ther terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tarrif which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

| SHIP | BILL |
|---|---|
| MARSHALLS / TJX COMPANIES<br>AZR: MAR PHOENIX<br>DC#881<br>3000 S 55TH AVENUE<br>PHOENIX, AZ 85043 | HOME FIRST LLC<br>55 SE 2ND STE 409<br>DELRAY BEACH, FL 33444 |

Sales Order No: 21265
Order Date: 08/26/24
Req Date: 06/18/24
Cust Code: HOM001

Purchase Order: 01-880188
Ship Via: COLLECT
Salesperson: 1000
Page: 1

FOB: PLANT

If charge are to be prepaid, write or stamp here, "To Be Prepaid"

(Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the interstate Commerce Commission)

* The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Consolidated Freight Classifications

| # of Pallets | Part Number | HM | Description | UM | Qty Ordered | Qty Shipped | Unit Weight | Ext. Weight |
|---|---|---|---|---|---|---|---|---|
| 2 | XHF-ADSAP32 | | APOTH DISH SOAP APPLE SPC(6/C<br>APPLE SPICE DISH SOAP | CS | 127 | 127 | 15 Lb. | |
| 1 | XHF-ADSHA32 | | APOTH DISH SOAP AMBER(6/C<br>HERBAL AMBER DISH SOAP | CS | 55 | 55 | 15 Lb. | |
| 1 | XHF-ADSMC32 | | APOTH DISH SOAP MANDARINE(6/C<br>MANDARINE CRANBERRY DISH SOAP | CS | 109 | 109 | 15 Lb. | |
| 2 | XHF-AMSAP32 | | APOTH MP TRIGGER APPLE SPC(6/C<br>APPLE SPICE TRIGGER | CS | 127 | 127 | 15 Lb. | |
| 1 | XHF-AMSHA32 | | APOTH MP TRIGGER AMBER (6/C<br>HERBAL AMBER TRIGGER | CS | 66 | 66 | 15 Lb. | |
| 1 | XHF-AMSMC32 | | APOTH MP TRIGGER MANDERINE(6/C<br>MANDERINE CRANBERRY TRIGGR | CS | 109 | 109 | 15 Lb. | |
| 2 | XHF-THSAC32 | | TERRA DISH SOAP APPLE(6/C<br>APPLE SPICE DISH SOAP | CS | 146 | 146 | 15 Lb. | |
| 1 | XHF-THSHA32 | | TERRA DISH SOAP AMBER(6/C<br>HERBAL AMBER DISH SOAP | CS | 82 | 82 | 15 Lb. | |
| 2 | XHF-THSMC32 | | TERRA DISH SOAP MANDARINE(6/C<br>MANDARINE CRANBERRY DISH | CS | 127 | 127 | 15 Lb. | |
| 2 | XHF-TMAC32 | | TERRA MP TRIGGER APPLE SPC(6/C<br>MANDARINE SPICE TRIGGER | CS | 146 | 146 | 15 Lb. | |
| 1 | XHF-TMHA32 | | TERRA MP TRIGGER AMBER(6/C<br>HERBAL AMBER TRIGGER | CS | 82 | 82 | 15 Lb. | |
| 2 | XHF-TMMC32 | | TERRA MP TRIGGER MANDARINE(6/C<br>MANDARINE CRANBERRY TRIGGER | CS | 126 | 126 | 15 Lb. | |

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicatable regulations of the Department of Transportation.

Signature ______ Title ______ Shipper, Per______ Agent______ Per______

| Total Weight: 19530.000000 | Total Qty: | Total Pallets | Total Hazardous Wt: |
|---|---|---|---|

Permanent post office address:
1081 Rosemary Blvd
Akron, OH 44306

Trailer #:______
Seal #:______
Total Cube; ______

SIGNATURE:______
WRITTEN:______ DATE:______

Date: 6/30/2024

**SHIP FROM**

Name: SBM Int'l - MRF Associates

Address: 1081 Rosemary Blvd.

City/State/Zip: Akron, OH 44306

**SHIP TO**

Name: Marshall's - Phoenix

Address: 5665 West Lower Buckeye

City/State/Zip: Phoenix, AZ 85043 USA

**TRANSPORTATION FREIGHT CHARGES BILL TO:**

Name:

Address:

City/State/Zip:

Bill of Lading Number: 5093345
Load ID: 5093345
Cust Ref: PO 01880188

CARRIER NAME: AFN/Global Tranz

Trailer number: 36743

Seal number: 09132127

SCAC:

Pro number:

Freight Charge Terms:

3rd Party Collect: X

(check box) Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | PALLETS | #CTNS | | | DISCRIPTION | CLASS | WEIGHT |
|---|---|---|---|---|---|---|---|
| PO 01 880188 | 20 | 1,302 | | | Dish Soap, All Purpose Cleaner | 125 | 19,530lbs |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| GRAND TOTALS | | | | | | | |

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ß 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to l applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_______________ Shipper Sinature

**SHIPPER SIGNATURE / DATE** This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

[signature]

STC

Trailer Loaded:
- By Shipper
- By Driver

Freight Counted:
- By Shipper
- By Driver/pieces
- By Driver/pallets

**CARRIER SIGNATURE / PICKUP DATE** Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

***Property described above is received in good order, except as noted.***

_______________

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:26-cv-60605-DSL

# EXHIBIT C

**SMB Invoice No. 40283**

Cargo Value — $12,342.96 — September 5, 2024

# INVOICE

SMB INTERNATIONAL, LLC
1081 Rosemary Blvd
Akron, OH 44306

Phone #: 732-222-4888 Fax #:732-222-4884

Invoice Number: 40283
Invoice Date: 09/05/24
Page: 1
Customer Phone:
Customer Fax:

**BILL**
HOME FIRST LLC
55 SE 2ND STE 409
DELRAY BEACH, FL 33444

**SHIP**
MARSHALLS / TJX COMPANIES
AZR: MAR PHOENIX
DC#881
3000 S 55TH AVENUE
PHOENIX, AZ 85043

| | | | | | |
|---|---|---|---|---|---|
| Sales Ord No: | 21265 | Taxable: | N | Purchase Order: | 01-880188 |
| Order Date: | 08/26/24 | Pmt Terms: | NET 30 | Ship Via: | COLLECT |
| Account Cd: | HOM001 | Shipper No: | 792462 | FOB: | PLANT |
| Salesperson: | 1000 | Ship Date: | 09/05/24 | Job Number: | |

| Line | Qty Shipped | Backordered | Part Number/Description | Discount | Price | UM | Extended Price |
|---|---|---|---|---|---|---|---|
| | 127 | 0 | XHF-ADSAP32<br>APOTH DISH SOAP APPLE SPC(6/C<br>APPLE SPICE DISH SOAP | 0.00 | $9.4800 | CS | $1,203.96 |
| | 55 | 0 | XHF-ADSHA32<br>APOTH DISH SOAP AMBER(6/C<br>HERBAL AMBER DISH SOAP | 0.00 | $9.4800 | CS | $521.40 |
| | 109 | 0 | XHF-ADSMC32<br>APOTH DISH SOAP MANDARINE(6/C<br>MANDARINE CRANBERRY DISH SOAP | 0.00 | $9.4800 | CS | $1,033.32 |
| | 127 | 0 | XHF-AMSAP32<br>APOTH MP TRIGGER APPLE SPC(6/C<br>APPLE SPICE TRIGGER | 0.00 | $9.4800 | CS | $1,203.96 |
| | 66 | 0 | XHF-AMSHA32<br>APOTH MP TRIGGER AMBER (6/C<br>HERBAL AMBER TRIGGER | 0.00 | $9.4800 | CS | $625.68 |
| | 109 | 0 | XHF-AMSMC32<br>APOTH MP TRIGGER MANDERINE(6/C<br>MANDERINE CRANBERRY TRIGGR | 0.00 | $9.4800 | CS | $1,033.32 |
| | 146 | 0 | XHF-THSAC32<br>TERRA DISH SOAP APPLE(6/C<br>APPLE SPICE DISH SOAP | 0.00 | $9.4800 | CS | $1,384.08 |
| | 82 | 0 | XHF-THSHA32<br>TERRA DISH SOAP AMBER(6/C<br>HERBAL AMBER DISH SOAP | 0.00 | $9.4800 | CS | $777.36 |
| | 127 | 0 | XHF-THSMC32<br>TERRA DISH SOAP MANDARINE(6/C<br>MANDARINE CRANBERRY DISH | 0.00 | $9.4800 | CS | $1,203.96 |
| | 146 | 0 | XHF-TMAC32<br>TERRA MP TRIGGER APPLE SPC(6/C<br>MANDARINE SPICE TRIGGER | 0.00 | $9.4800 | CS | $1,384.08 |
| | 82 | 0 | XHF-TMHA32<br>TERRA MP TRIGGER AMBER(6/C | 0.00 | $9.4800 | CS | $777.36 |

EX. B

# INVOICE

SMB INTERNATIONAL, LLC
1081 Rosemary Blvd
Akron, OH 44306

Phone #: 732-222-4888 Fax #:732-222-4884

Invoice Number: 40283
Invoice Date: 09/05/24
Page: 2
Customer Phone:
Customer Fax:

**BILL**
HOME FIRST LLC
55 SE 2ND STE 409
DELRAY BEACH, FL 33444

**SHIP**
MARSHALLS / TJX COMPANIES
AZR: MAR PHOENIX
DC#881
3000 S 55TH AVENUE
PHOENIX, AZ 85043

| | | | | | |
|---|---|---|---|---|---|
| Sales Ord No: | 21265 | Taxable: | N | Purchase Order: | 01-880188 |
| Order Date: | 08/26/24 | Pmt Terms: | NET 30 | Ship Via: | COLLECT |
| Account Cd: | HOM001 | Shipper No: | 792462 | FOB: | PLANT |
| Salesperson: | 1000 | Ship Date: | 09/05/24 | Job Number: | |

| Line | Qty Shipped | Backordered | Part Number/Description | Discount | Price | UM | Extended Price |
|---|---|---|---|---|---|---|---|
| | 126 | 0 | HERBAL AMBER TRIGGER<br>XHF-TMMC32<br>TERRA MP TRIGGER MANDARINE(6/C<br>MANDARINE CRANBERRY TRIGGER | 0.00 | $9.4800 | CS | $1,194.48 |

Please remit payment to:
SMB International, LLC
1081 Rosemary Blvd
Akron, OH 44306

| | |
|---|---|
| Subtotal: | $12,342.96 |
| Freight: | $0.00 |
| Total: | $12,342.96 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:26-cv-60605-DSL

# EXHIBIT E

## EnviroServe Quote No. 0046748

Truck & Trailer Removal — $26,407.50 — December 18, 2024

ENVIROSERVE

4600 BROOKPARK ROAD, CLEVELAND, OHIO, 44134
(216) 642-1311
(216) 642-1474
QUOTE #: 0046748

DATE: 12/18/2024

**PROJECT PROPOSAL**

**CLIENT**
**SCOTT MARGULIS**
SMB INTERNATIONAL LLC
1081 ROSEMARY BLVD, AKRON, OHIO, 44306
P: (848) 888-3000
E-MAIL:SCOTT.MARGULIS@SMBINTERNATIONAL.COM

**PROJECT DESCRIPTION**
SMB REMOVAL OF TOTALED TRUCK AND TRAILER FROM THE DOCK #2
AKRON, OH

THE FOLLOWING DESCRIBES OUR UNDERSTANDING OF THE SCOPE OF SERVICES TO BE PERFORMED BY ENVIROSERVE, FOR THE CLIENT, AT THE ABOVE REFERENCED LOCATION KNOWN AS THE JOB SITE.

**Scope of Work**

Enviroserve will bring in a 60,000-lb Excavator with a Shear cut and the remaining skeleton of the tractor and trailer to be disposed of under the EPA guidelines.

**FEE STRUCTURE**

**TRANSPORTATION**

| ITEM | EST.QTY. | UNIT PRICE | UNIT | TOTAL |
|---|---|---|---|---|
| ROLLOFF TRUCK<br>**NOTES:**SUBJECT TO FUEL SURCHARGE, | 25.00 | $140.00 | HOUR | $3,500.00 |

TRANSPORTATION SUBTOTAL: $3,500.00

**LABOR**

| ITEM | EST.QTY. | UNIT PRICE | UNIT | TOTAL |
|---|---|---|---|---|
| PROJECT MANAGER<br>**NOTES:** 4 HOUR DAILY MIN - UPDATED PRICING 7/2/24 | 20.00 | $125.00 | HOUR | $2,500.00 |
| ENVIRONMENTAL TECHNICIAN | 20.00 | $75.00 | HOUR | $1,500.00 |

LABOR SUBTOTAL: $4,000.00

**EQUIPMENT**

| ITEM | EST.QTY. | UNIT PRICE | UNIT | TOTAL |
|---|---|---|---|---|
| 60,000 EXCAVATOR | 1.00 | $12,500.00 | PROJECT | $12,500.00 |
| SKID STEER LOADER WITH ATTACHMENTS (FORKS, BUCKETS, BROOM, GRAPP | 10.00 | $143.00 | HOUR | $1,430.00 |
| ROLLOFF BOX RENTAL (OPEN TOP 20 & 30 CUBIC YARD) | 10.00 | $20.00 | BOX / DAY | $200.00 |

EQUIPMENT SUBTOTAL: $14,130.00

**DISPOSAL**

| ITEM | EST.QTY. | UNIT PRICE | UNIT | TOTAL |
|---|---|---|---|---|
| BURNT PRODUCT DISPOSAL | 18.00 | $180.00 | TON | $3,240.00 |

DISPOSAL SUBTOTAL: $3,240.00

**SUPPLIES**

| ITEM | EST.QTY. | UNIT PRICE | UNIT | TOTAL |
|---|---|---|---|---|
| ROLL OFF LINER | 5.00 | $56.00 | EACH | $280.00 |

SUPPLIES SUBTOTAL: $280.00

**JOB ESTIMATE: $25,150.00**

**ENVIRONMENTAL FEE: $1,257.50**

**TOTAL JOB ESTIMATE: $26,407.50**

| |
|---|
| Job Estimate is for budgetary purposes only. Job will be billed according to time and materials used. |
| Time and Material Rates shall be charged portal to portal. |
| Please note that surcharges shall apply for off specification materials. |
| Applicable taxes are not included in our quotation, but shall be charged as applicable to the work. |
| Transportation Fuel Surcharges shall apply based on DOE On Highway average fuel index. (currently 20%) |
| Durations and Quantities are estimated only, actual fees shall be charged as incurred. |
| Minimum disposal amounts may apply to bulk disposal. |
| Tolls are not included in transportation rate |

**Conclusions**

Our services will be accordingly limited to those activities herein listed unless specific changes, additions or deletions to the scope of work are submitted in writing to this office. If there is any misunderstanding or if you have any questions, please contact the undersigned. Please note that this proposal is valid for 60 days. Pricing is subject to change without notice.

This proposal is not final until the waste stream has been properly characterized, profiled, and accepted by the disposal site.

All services to be performed in accordance with EnviroServe's standard terms and conditions.

Sincerely,

**SCOTT SUTTER**
SSUTTER@ENVIROSERVE.COM
(330) 687-0550

**ENVIROSERVE**

**ACCEPTANCE**

ISSUANCE OF A PURCHASE ORDER BY CLIENT AND/OR INITIATION OF SERVICES BY ENVIROSERVE FOR THIS PROJECT CONSTITUTES ACCEPTANCE OF ALL TERMS AND CONDITIONS CONTAINED HEREIN, AS WELL AS AUTHORIZATION FOR THE ABOVE NAMED ENVIROSERVE REPRESENTATIVE, UNDER CLIENT'S INSTRUCTION AND DIRECTION, TO SIGN WASTE PROFILES, SHIPPING MANIFESTS, AND LDR FORMS ON BEHALF OF SAID NAMED GENERATOR COMPANY.

I HAVE READ AND UNDERSTAND THIS DOCUMENT IN ITS ENTIRETY AND AGREE TO ALL TERMS AND CONDITIONS CONTAINED HERE IN:

BY:

______________________________________________________

SIGNATURE DATE

______________________________________________________

TYPED/PRINTED NAME TITLE

PURCHASE ORDER #______________________

**SMB INTERNATIONAL LLC**

**QUOTE #: 0046748**

**EnviroServe Inc. Terms and Conditions**

The following terms and conditions apply to all materials sold and services provided by EnviroServe Inc. ("Contractor") to the Client named on the face sheet of this Agreement and are applicable to any subsidiary and/or affiliate of Client that Contractor sells materials to or provides services on such Client's behalf.

1. **Entire and Sole Agreement:** These terms and conditions, along with any terms contained on the face sheet of this Agreement, shall constitute the entire and sole agreement ("Agreement") between Contractor and Client as to the goods sold and/or services provided, and shall supersede all prior oral or written agreements by and between Contractor and Client. These terms and conditions may not be modified, altered or canceled without the express written agreement signed by both Contractor and Client. In the case of any inconsistency between these terms and conditions and any other terms, conditions, or provisions, then the terms and conditions set forth herein shall expressly control. Client expressly waives all provisions contained in any correspondence or forms involved in this transaction which negate, limit, extend or conflict with the terms and conditions stated herein. Client agrees that it has not been induced to enter into this Agreement by any oral or written representation, guaranty or warranty made by Contractor, its employees, agents or representatives other than as expressly set forth herein or on the face sheet hereof. If any portion of this Agreement is deemed to be illegal or unenforceable by a court of law, then the validity of the remaining portions or provision shall not be affected and shall remain in full force and effect. Notwithstanding the preceding sentence, if Contractor in its sole discretion determines that the absence of the eliminated provision is contrary to the original intention of the parties, then Contractor shall have the right to terminate this Agreement.

2. **Governing Law:**The validity, performance, and construction of this Agreement shall be governed in accordance with the laws of the State of Ohio. The parties agree that should any claim be made by and against the parties hereto which seeks to recover a sum less than $25,000.00, then that claim shall be decided exclusively through the processes of the American Arbitration Association ("AAA"), and any such AAA hearing shall be conducted in Cuyahoga County, Ohio. Should any claim be made by and against the parties hereto, which seeks to recover a sum in excess of $25,000.00, the parties agree to the exclusive jurisdiction and venue to resolve such claim in the courts located in Cuyahoga County, Ohio.

3. **Independent Contractor:** Contractor shall be an independent contractor and shall determine the method, details, and needs for performing the job(s) covered by this Agreement. Contractor is not now, nor shall it ever become, an employee, partner, agent, or principal of Client while this Agreement is in effect. Contractor is not entitled to the rights or benefits afforded to the Client's employees. Contractor's review or supervision of work prepared or performed by other individuals or entities retained by others shall not relieve such individuals or entities of complete and sole responsibility for the adequacy of their work, for which such other individual and/or entity shall remain completely liable to Client and Contractor.

4. **Changes:**The Client, without invalidating this Agreement, may request changes within the general scope of the services required by the initial contract between it and Contractor. Any change proposed by Client shall not become effective unless and until Contractor consents, in writing, to such change in accordance with Paragraph 1, above.Should any change result in additional cost and/or increase the time of Contractor to perform said services, then Client agrees to compensate Contractor for such additional cost and time, including, without limitation, any overhead and profit margin associated with such cost and time as solely determined by Contractor.

5.**Termination:**

A.)**By Contractor:**

Contractor may immediately terminate this agreement in the event of Client's breach or threatened breach of any term or provision of this Agreement, including but not limited to failure to pay on a timely basis, or if Client becomes insolvent, the subject of an order for relief in bankruptcy, receivership, reorganization, dissolution, or similar law, or makes an assignment for the benefit of its creditors, or if Clients actions or inactions causes increased risk, exposure, cost or liability, or if Contractor deems itself insecure as to payment or other matters ("Default"). Notice of termination shall be in writing and deemed given when delivered in person or by certified mail, postage prepaid, return receipt requested. In the event Contractor terminates this Agreement for Client's Default, then Contractor, in addition to being entitled to payment for work already performed, is entitled to liquidated damages, which are not in the way of a penalty, in the amount of 15% of the total contract covered by this Agreement, including any changes approved by Contractor through the date of termination, and reasonable attorney fees and costs of collection. Client acknowledges that the actual damage to Contractor in the event of termination is difficult to fix or prove, and the foregoing liquidated damages amount is reasonable and commensurate with the anticipated loss to Contractor resulting from such termination and is an agreed upon fee and is not imposed as a penalty.Collection of liquidated damages by Contractor shall be in addition to any rights or remedies available to Contractor under this Agreement or at law. Contractor shall not be liable for loss or damage caused by termination of its performance.

B.)**By Client:**

The Client may terminate this Agreement in whole or in part at any time by written notice. On receipt of such notice, Contractor shall, except as otherwise directed in said notice, immediately discontinue services and shall, if required, make reasonable efforts to procure termination of subcontracts to which Contractor is a party. Thereafter, Contractor may, if it chooses, perform such services as it deems necessary to preserve and protect the services already in progress. In the event of termination pursuant to this Paragraph, the Client agrees to immediately compensate Contractor for work performed up to the date of termination, plus the costs associated with terminating existing subcontracts and/or preserving and protecting services already in progress, and Contractor's expected profit on services required under the initial Agreement. After delivery of such written notice, the Client shall assume all obligations and commitments Contractor had undertaken or incurred in connection with the initial Agreement and shall additionally be responsible for payment for any subcontract with an existing balance and/or for the cost associated with the failure to procure the termination of any subcontract. Should Client terminate this Agreement while in a condition of Default as defined in Paragraph 5(A), above, Client shall remain obligated to pay Contractor liquidated damages as provided in Paragraph 5(A). Collection of liquidated damages by Contractor shall be in addition to any rights or remedies available to Contractor under this Agreement or at law and said amount is herein agreed upon and fixed as liquidated damages because of the difficulty of ascertaining the exact amount of damages that may be sustained by such delay.

6. **Site Conditions:** Client acknowledges that Contractor has not created, generated, stored, nor disposed of hazardous substances,

as that term is defined below, pollution sources, or materials which may be deemed nuisances or hazardous under any applicable law. Client acknowledges responsibility for making all disclosures or reports required by any law or procedure to any third party, including but not limited to governmental authorities and State and US Environmental Protection Agencies. In addition, Client expressly acknowledges and agrees that it is Client's sole obligation and responsibility to obtain and ensure compliance with any permits and/or authorizations required by law.Client further acknowledges and agrees that Contractor shall not take title to, or assume any loss with respect to, hazardous or non-hazardous substances or wastes, and Client agrees to completely indemnify and hold Contractor harmless with respect to such hazardous and non-hazardous substances or wastes. In no event shall Contractor be liable for the acts of third parties, or for loss or damage which is alleged to be caused by, arise out of, or relate to the use or failure of tanks, boxes, bins, lines, utilities, underground structures, or other equipment leased to, rented to, used by or belonging to Client, or which is used by Contractor or left on site by Contractor in connection with the goods or services provided under this agreement. Without limiting the foregoing, in no event shall Contractor be liable for unknown site conditions, or for release, discharge, spillages or disposal from equipment, realty or facilities which are not then in Contractor's actual custody, possession and control, and Client agrees to indemnify and hold Contractor harmless with respect to such release, discharge, spillages or disposal.

7. **Environmental Laws:** For purposes of this Agreement, the term "Environmental Laws" shall mean any Federal, State and local laws, statutes, ordinances, rules, regulations and final orders applicable to the Property, which regulate or pertain to the environment or environmental matters, including without limitation: the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. Section 9601, et seq.; The Resource Conservation and Recovery Act, 42 U.S.C. Section 6901 et seq.; The Clean Air Act, 42 U.S.C. Section 7401 et seq.; The Federal Water Pollution Control Act, 33 U.S.C. Section 1251 et seq.; The Federal Insecticide, Fungicide and Rodenticide Act, 7 U.S.C. Section 136 et seq.; The Toxic Substances Control Act, 15 U.S.C. Section 2601 et seq.; The Safe Drinking Water Act, 42 U.S.C. Section 300f et seq.; The Emergency Planning and Community Right-to-Know Act of 1986, 42 U.S.C. Section 11001, et seq.; and The Hazardous Materials Transportation Act, 49 U.S.C. Section 5101 et seq., as amended as the date of this Agreement, and the regulations and rules promulgated thereunder.

8. **Safety:** The Client acknowledges that it is assuming the role of Host Employer and shall comply with the Occupational Safety and Health Act of 1970. The Client shall inform Contractor and its personnel of site specific safety requirements and hazards, including, but not limited to, lockout/tagout procedures, confined space entry, toxic atmospheres, hazard communication, high voltage rules and any other actual or potential hazards.

9. **Warranties:** Contractor warrants that the services provided by it pursuant to this Agreement shall be performed to the standards customarily provided by members of the same or similar profession under similar conditions. **CONTRACTOR MAKES NO WARRANTY, EXPRESS OR IMPLIED, REGARDING THE FITNESS OF A PARTICULAR PURPOSE OR WARRANTY OF MERCHANTIBILITY OR ANY OTHER WARRANTY. CONTRACTOR EXPRESSLY DISCLAIMS ALL ORAL WARRANTIES AND ANY OTHER WARRANTY NOT SPECIFICALLY MENTIONED HEREIN. CONTRACTOR SPECIFICALLY DISCLAIMS ANY WARRANTY CONCERNING THE ACCURACY OR SUFFICIENCY OF ANY ADVICE OR RECOMMENDATIONS GIVEN TO CLIENT IN CONNECTION WITH THE GOODS OR SERVICES PROVIDED UNDER THIS AGREEMENT**.Contractor shall have no liability for defects in any performance attributed to Contractor's use of or reliance upon information furnished to it by others, including Client and/or for defects in performance based upon site conditions, whether latent or obvious, which were not expressly made known to Contractor at the time service commenced.Under no circumstances will Contractor, or any person or entity acting through it, be liable for damages (including electrical) caused by Contractor's installation and construction methodologies that in Contractor's sole opinion, are required by the job covered under this Agreement. Under no circumstances will Contractor, or any person or entity acting through it, be liable to Client for any Consequential, Incidental, Special, Punitive or Other Indirect Damages, or damages for delay, loss of productivity, loss of use, or lost profits associated with the job covered by this Agreement. Client knowingly and expressly waives all claims for loss or damage, including those arising from breach of contract, breach of warranty or negligence, claimed to have arisen out of the performance of the job covered by this Agreement, unless Client gives Contractor written notice of such claimed breach or negligence within ten (10) days after such alleged occurrence.

10. **Leased Equipment**: Any Leased Equipment provided by Contractor shall at all times be the property of Contractor with the exception of certain miscellaneous installation materials purchased by the customer, and no right or property interest is transferred to the Customer hereunder, except the right to use any such Equipment as provided here.Customer agrees that it shall not pledge, lend, or create a security interest in, part with possession of, or relocate the equipment. Customer shall be responsible to maintain the Equipment in good and efficient working order.

11. **Indemnification:** Contractor shall hold Client harmless from any lawsuits against Client resulting from the willful acts or gross negligence of Contractor occurring in the performance of its obligations under this Agreement. Contractor's liability shall be limited to the sum of the contract between Contractor and Client and shall not exceed the limits of any insurance coverage maintained by Contractor and applicable to such occurrence and/or the job covered by this Agreement. These limitations apply whether the liability is based on contract, tort, strict liability or any other theory. Client agrees to indemnify and hold Contractor harmless from any and all claims, demands, losses, costs, lawsuits, penalties and fines which relate to or arise from the job covered under this Agreement. Without limiting the foregoing, Client further agrees to indemnify and hold Contractor harmless form any and all claims, demands, losses, costs, lawsuits, penalties and fines which relate to or arise from actions or inactions of the Client, or any person or entity working through or for Client, or which relate to or arise from or due to any information, analysis, drawing, specification, procedure or other data provided or which should have been provided by or through Client.

12. Confidential Information/Trade Secrets:The Client acknowledges that all information regarding Contractor compiled or obtained by Client or used in the completion of work or furnished to Client in connection with the work covered by this Agreement, is Confidential Information and Contractor's exclusive property, except to the extent such information is or becomes public through no fault of Client or anyone receiving information from Client. Client acknowledges that Contractor will be irreparably damaged if Client were to disclose any of the Confidential Information that Client has received or dealt with, or will receive or deal with, as a result of his, her its, relationship with Contractor. Client shall preserve and protect the confidentiality of the Confidential Information and all tangible forms thereof, whenever disclosed to Client. Client shall not disclose or disseminate Confidential Information to any person, firm, or entity (other than authorized personnel of Contractor) or use the Confidential Information for his, her, its

own benefit or for the benefit of any third party, without prior written approval of Contractor. Client further acknowledges that the Trade Secrets of Contractor comprise a part of the Confidential Information as to which Client has and/or will have knowledge and access. Client acknowledges the competitive value and confidential nature of such Trade Secrets, and recognizes and agrees that the disclosure and/or improper use of such Trade Secrets will cause serious and irreparable injury to Contractor.

The term "Confidential Information" means any data or information, of any kind, nature or description, about or concerning the business or operations of Contractor, including, but not limited to, any information relating to past, present, or future sales, financial structure, pricing, marketing data, personnel data, products, software, research, development, inventions, computer processes, techniques, designs, programs and codes, or other technical information and data; the names, addresses, buying habits or practices of any of Contractor's clients or customers; Contractor's business; compensation paid to other clients and independent contractors and other terms of their contractual arrangement; but does not include information which is or becomes available to the public through no fault of Client or anyone receiving information from Client.

The term "Trade Secret" means any data or information, including, but not limited to, technical or nontechnical data, specifications, designs, plans, proposals, copyrightable work, financial, business and marketing plans or data, formulas, patterns, compilations, programs, devises, methods, techniques, drawings, processes, product plans, actual or potential customer or supplier lists and information, or other information similar to any of the foregoing, which derives economic value, actual or potential, from not being generally known to, and not being readily ascertainable by proper means by, other persons who can derive economic value from its disclosure or use.

13. Non-Solicitation of Employees: In the course and scope of Contractor's work, Client acknowledges and understands that it may learn of the identity of Contractor's suppliers and employees, including both salaried and hourly Union employees. Client and Contractor acknowledge that Contractor has devoted substantial time and resources into developing the relationships with its suppliers and employees, and that this is valuable and useful information. Therefore, Client shall not, directly or indirectly, either for itself or through any affiliate or other person or entity, (1) cause or seek to cause any of Contractor's suppliers, vendors, purchasing agents, or customers to cease transacting business with Contractor; or (2) cause or seek to cause any of Contractor's prospective suppliers, vendors, purchasing agents, or customers not to transact business with Contractor; or (3) recruit, solicit or hire, or attempt to recruit, solicit or hire, or induce or attempt to induce, or take any action in order to (or that is likely to) induce, or attempt to induce, any employee or agent of Contractor to terminate an employment or other relationship with Contractor; or (4) solicit on behalf of any other party other than Contractor any orders for the products or services hereafter sold or provided by Contractor from any person or entity, whether a customer or potential customer of Contractor, or (5) contact or communicate with, on behalf of any party other than Contractor, any supplier, vendor, purchasing agent, or customer with whom Contractor transacts business or with whom Contractor anticipates transacting business for the purpose of Competing; and (6) employ any person who was employed by Contractor at any time within the two years prior to employment by Client. Client acknowledges that any breach of the above will cause serious and irreparable injury to Contractor such that Contractor will be entitled to the recovery of all of its damages.

14. **Right of First Refusal Option:** Client grants to Contractor a right of first refusal option to match any written offer received by Client to provide the same services that are being performed by Contractor under the Agreement. Contractor shall have fourteen (14) days upon which to respond to or match any such offer or to terminate this Agreement in its sole discretion, without further recourse from Client. In the event of termination, Client shall pay to Contractor, liquidated damages as defined in Section 5.

15. **Access:** Contractor will require clear unhindered access to the worksite and is not responsible for damages to paved surfaces. Contractor is not responsible for dirtying of Client's premises or for any damage caused by placement of equipment necessary for completion of the job covered under this Agreement.

16. **Reuse of Documents:** All documents prepared by Contractor are the Contractor's property and are not intended or represented to be suitable for use by others, or the use by Client beyond the scope of this Agreement. Any use by others, or reuse by Client beyond the scope of this Agreement are expressly forbidden and shall be at the user's sole risk.

17. **Force Majeure:** Contractor's obligation to provide goods or services under this Agreement shall be suspended if its performance is hindered or delayed due to any cause not reasonably within its control, including but not limited to, acts of God, strikes, labor disputes, weather, disturbances, riots, fire, crime, governmental action or intervention, war, acts of other contractors or subcontractors, acts of Client, unavailability or shortage of power, labor, transportation, or supplies. In the event of such occurrence, Contractor may, at its sole option, suspend its performance or terminate this Agreement, and in either case, shall not be held accountable or liable for damages, costs, or expenses.

18. **Proposal:** Unless otherwise stated in its proposal, the proposal provided by Contractor shall remain valid for a period of sixty (60) days. Notwithstanding the foregoing, the proposal may further be amended or withdrawn without prior notice to Client if information becomes available to Contractor which would, in its opinion, affect a term of such proposal.

19. **Invoicing & Payment:** Unless otherwise stated in its proposal, Contractor may submit invoices twice monthly and may itemize labor and non-labor charges. Unless otherwise specified in writing, all change orders or work performed outside of the scope of the original proposal, and all subcontractor expenses, will be billed at cost plus reasonable overhead and profit margin. Invoices are due and payable within thirty (30) days after the date on the respective invoice. Interest shall be due and payable on any unpaid balance at the rate of 1 ½% per month.All goods and services provided by Contractor shall be deemed satisfactory and acceptable to Client unless Client specifically notifies Contractor in writing of any alleged deficiencies within fifteen (15) days following furnishing of the subject good or service. Should any obligation of Client be placed into the hands of an attorney for collection, the Client agrees to pay all attorney fees incurred by Contractor in the pursuit of said obligation.

20. **Waiver:** Contractor shall not be deemed to have waiver any of its rights, powers, or remedies under this Agreement or at law or in equity, unless such waiver is in writing and executed by Contractor. No delay or omission by Contractor in exercising any right, power or remedy shall operate as a waiver thereof. No waiver of any default shall operate as a waiver of any other default.

21. **Assignment:** Client may not assign this Agreement without Contractor's express prior written consent.

22. **General Acknowledgement:** Client expressly acknowledges that it has been given the opportunity to read the above terms and conditions and that it understands its obligations, rights and responsibilities under the Agreement with Contractor and Client expressly waives any

defenses concerning its knowledge or understanding of its rights, responsibilities and obligations under this Agreement.

*Revised 1/1/2020*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:26-cv-60605-DSL

# EXHIBIT F

## EnviroServe Invoice No. 10049692

Site Dock Clearing & Hazardous Debris Remediation — $68,121.95 — April 28, 2025

ENVIROSERVE

9815 South Monroe Street, Suite 300, Sandy, UT 84070
216 642 1311 www.EnviroServe.com

Remit To: Enviroserve Inc.
P.O. Box 200941, Dallas, TX 75320-0941
invoicing@enviroserve.com

| INVOICE | |
|---|---|
| Site / Work Order No | 2100/41855 |
| Invoice Number | 10049692 |
| Invoice Date | 04/28/2025 |
| Customer Number | 2394907 |
| Terms of Payment | NET 30 |
| Amount Due(USD) | **$ 68,121.95** |
| Customer PO No | |
| Salesperson | Scott M Sutter |

| Bill to | Site Location |
|---|---|
| SMB INTERNATIONAL LLC<br>4701 N FEDERAL HIGHWAY , STE 315<br>POMPANO BEACH FL - 33064 | SMB INTERNATIONAL LLC<br>1081 , ROSEMARY BLVD<br>AKRON OHIO - 44306 |

**SMB_ DOCK CLEARING**
****PARTIAL INVOICE - PENDING DISPOSAL****

**03/05/2025**

**SAMPLING & ANALYTICAL EQUIPMENT**

| | Quantity | UoM | Rate | Amount | Tax |
|---|---|---|---|---|---|
| Monitor - Multi Rae Gas - MSF121 | 1.00 | d | 249.00 | 249.00 | N |
| | | | | **249.00** | |

**HEALTH & SAFETY**

| | Quantity | UoM | Rate | Amount | Tax |
|---|---|---|---|---|---|
| PPE Per Day EA | 5.00 | Each | 100.00 | 500.00 | N |
| | | | | **500.00** | |

**PERSONNEL**

| | Quantity | UoM | Rate | Amount | Tax |
|---|---|---|---|---|---|
| Project Manager - Overtime - Daniel D Varner | 0.50 | h | 198.00 | 99.00 | N |
| Project Manager - Standard - Daniel D Varner | 8.50 | h | 132.00 | 1,122.00 | N |
| Technician - Overtime - Drew Speedy | 0.50 | h | 118.50 | 59.25 | N |
| Technician - Standard - Drew Speedy | 8.50 | h | 79.00 | 671.50 | N |
| Technician - Overtime - Janet Musso | 0.50 | h | 118.50 | 59.25 | N |
| Technician - Standard - Janet Musso | 8.50 | h | 79.00 | 671.50 | N |
| | | | | **2,682.50** | |

**TRUCKS, TRAILERS, & CONTAINERS**

| | Quantity | UoM | Rate | Amount | Tax |
|---|---|---|---|---|---|
| Roll Off Truck w/ Driver - R534SP | 9.00 | h | 165.00 | 1,485.00 | N |
| FUEL SURCHARGE - R534SP | 1.00 | * | 430.65 | 430.65 | N |
| Truck - One Ton ER truck - P2160 | 1.00 | d | 534.00 | 534.00 | N |
| FUEL SURCHARGE - P2160 | 1.00 | * | 154.86 | 154.86 | N |
| Truck - Service Truck 4 x 4 Crew/ 3/4 Ton - P1877 | 1.00 | d | 315.00 | 315.00 | N |
| FUEL SURCHARGE - P1877 | 1.00 | * | 91.35 | 91.35 | N |
| Truck - Service Truck 4 x 4 Crew/ 3/4 Ton - P2259 | 1.00 | d | 315.00 | 315.00 | N |
| FUEL SURCHARGE - P2259 | 1.00 | * | 91.35 | 91.35 | N |
| | | | | **7,169.20** | |

ENVIROSERVE

9815 South Monroe Street, Suite 300, Sandy, UT 84070
216 642 1311 www.EnviroServe.com

Remit To: Enviroserve Inc.
P.O. Box 200941, Dallas, TX 75320-0941
invoicing@enviroserve.com

| INVOICE | |
|---|---|
| Site / Work Order No | 2100/41855 |
| Invoice Number | 10049692 |
| Invoice Date | 04/28/2025 |
| Customer Number | 2394907 |
| Terms of Payment | NET 30 |
| Amount Due(USD) | **$ 68,121.95** |
| Customer PO No | |
| Salesperson | Scott M Sutter |

**03/05/2025**

| | Quantity | UoM | Rate | Amount | Tax |
|---|---|---|---|---|---|
| Trailer - Equipment/Utility Trailer - FB422 | 1.00 | h | 239.00 | 239.00 | N |
| Trailer - Equipment/Utility Trailer - T558SP | 1.00 | d | 239.00 | 239.00 | N |
| Roll Off Truck w/ Driver - S2472 | 7.25 | h | 165.00 | 1,196.25 | N |
| FUEL SURCHARGE - S2472 | 1.00 | * | 117.74 | 117.74 | N |
| Container - Roll Off (Open Top 20 cubic yard) - ROB297 | 14.00 | d | 20.00 | 280.00 | N |
| Container - Roll Off (Open Top 20 cubic yard) - ROB227 | 14.00 | d | 20.00 | 280.00 | N |
| Container - Roll Off (Open Top 20 cubic yard) - RO2017SP | 14.00 | d | 20.00 | 280.00 | N |
| Container - Roll Off (Open Top 20 cubic yard) - ROB321 | 14.00 | d | 20.00 | 280.00 | N |
| Container - Roll Off (Open Top 20 cubic yard) - 2095SES | 14.00 | d | 20.00 | 280.00 | N |
| Container - Roll Off (Open Top 20 cubic yard) - RO2022SP | 14.00 | d | 20.00 | 280.00 | N |
| Container - Roll Off (Open Top 20 cubic yard) - ROB185 | 14.00 | d | 20.00 | 280.00 | N |
| | | | | **7,169.20** | |

**MACHINERY/CONSTRUCTION EQUIPMENT**

| | Quantity | UoM | Rate | Amount | Tax |
|---|---|---|---|---|---|
| Excavator - Mini with Standard Attachments (1ft & 2 ft buckets) - M366SP | 9.00 | h | 155.00 | 1,395.00 | N |
| FUEL SURCHARGE - M366SP | 1.00 | * | 404.55 | 404.55 | N |
| Skid Steer Loader with attachments (forks, buckets, broom, grapples) - M356SP | 9.00 | h | 151.00 | 1,359.00 | N |
| FUEL SURCHARGE - M356SP | 1.00 | * | 394.11 | 394.11 | N |
| | | | | **3,552.66** | |

**EXPENDABLE SUPPLIES & MATERIALS**

| | Quantity | UoM | Rate | Amount | Tax |
|---|---|---|---|---|---|
| Roll Off Liner (6 mil) | 7.00 | Each | 56.00 | 392.00 | N |
| | | | | **392.00** | |

**03/06/2025**

**SAMPLING & ANALYTICAL EQUIPMENT**

| | Quantity | UoM | Rate | Amount | Tax |
|---|---|---|---|---|---|
| Monitor - Multi Rae Gas - MSF121 | 1.00 | d | 249.00 | 249.00 | N |
| | | | | **249.00** | |

**HEALTH & SAFETY**

ENVIROSERVE

9815 South Monroe Street, Suite 300, Sandy, UT 84070
216 642 1311 www.EnviroServe.com

Remit To: Enviroserve Inc.
P.O. Box 200941, Dallas, TX 75320-0941
invoicing@enviroserve.com

| INVOICE | |
|---|---|
| Site / Work Order No | 2100/41855 |
| Invoice Number | 10049692 |
| Invoice Date | 04/28/2025 |
| Customer Number | 2394907 |
| Terms of Payment | NET 30 |
| Amount Due(USD) | **$ 68,121.95** |
| Customer PO No | |
| Salesperson | Scott M Sutter |

| | Quantity | UoM | Rate | Amount | Tax |
|---|---|---|---|---|---|
| **03/06/2025** | | | | | |
| PPE Per Day EA | 4.00 | Each | 100.00 | 400.00 | N |
| | | | | **400.00** | |
| **PERSONNEL** | | | | | |
| Project Manager - Overtime - Daniel D Varner | 1.50 | h | 198.00 | 297.00 | N |
| Project Manager - Standard - Daniel D Varner | 8.00 | h | 132.00 | 1,056.00 | N |
| Technician - Overtime - Janet Musso | 1.50 | h | 118.50 | 177.75 | N |
| Technician - Standard - Janet Musso | 8.00 | h | 79.00 | 632.00 | N |
| Technician - Overtime - Drew Speedy | 1.50 | h | 118.50 | 177.75 | N |
| Technician - Standard - Drew Speedy | 8.00 | h | 79.00 | 632.00 | N |
| | | | | **2,972.50** | |
| **TRUCKS, TRAILERS, & CONTAINERS** | | | | | |
| Truck - One Ton ER truck - P2160 | 1.00 | d | 534.00 | 534.00 | N |
| FUEL SURCHARGE - P2160 | 1.00 | * | 154.86 | 154.86 | N |
| Rolloff Truck w/ Driver - R534SP | 9.50 | h | 165.00 | 1,567.50 | N |
| FUEL SURCHARGE - R534SP | 1.00 | * | 454.58 | 454.58 | N |
| Truck - Service Truck 4 x 4 Crew/ 3/4 Ton - P1877 | 1.00 | d | 315.00 | 315.00 | N |
| FUEL SURCHARGE - P1877 | 1.00 | * | 91.35 | 91.35 | N |
| Truck - Service Truck 4 x 4 Crew/ 3/4 Ton - P2259 | 1.00 | d | 315.00 | 315.00 | N |
| FUEL SURCHARGE - P2259 | 1.00 | * | 91.35 | 91.35 | N |
| | | | | **3,523.64** | |
| **MACHINERY/CONSTRUCTION EQUIPMENT** | | | | | |
| Excavator - Mini with Standard Attachments (1ft & 2 ft buckets) - M366SP | 9.50 | h | 155.00 | 1,472.50 | N |
| FUEL SURCHARGE - M366SP | 1.00 | * | 427.03 | 427.03 | N |
| Skid Steer Loader with attachments (forks, buckets, broom, grapples) - M356SP | 9.50 | h | 151.00 | 1,434.50 | N |
| FUEL SURCHARGE - M356SP | 1.00 | * | 416.01 | 416.01 | N |
| 60,000 Excavator - EXC111 | 1.00 | h | 8,750.00 | 8,750.00 | N |
| | | | | **12,500.04** | |

**03/07/2025**

**SAMPLING & ANALYTICAL EQUIPMENT**

ENVIROSERVE®

9815 South Monroe Street, Suite 300, Sandy, UT 84070
216 642 1311 www.EnviroServe.com

Remit To: Enviroserve Inc.
P.O. Box 200941, Dallas, TX 75320-0941
invoicing@enviroserve.com

| | INVOICE |
|---|---|
| Site / Work Order No | 2100/41855 |
| Invoice Number | 10049692 |
| Invoice Date | 04/28/2025 |
| Customer Number | 2394907 |
| Terms of Payment | NET 30 |
| Amount Due(USD) | **$ 68,121.95** |
| Customer PO No | |
| Salesperson | Scott M Sutter |

| | Quantity | UoM | Rate | Amount | Tax |
|---|---|---|---|---|---|
| **03/07/2025** | | | | | |
| Monitor - Multi Rae Gas - MSF121 | 1.00 | d | 249.00 | 249.00 | N |
| | | | | **249.00** | |
| **HEALTH & SAFETY** | | | | | |
| PPE Per Day EA | 4.00 | Each | 100.00 | 400.00 | N |
| | | | | **400.00** | |
| **PERSONNEL** | | | | | |
| Project Manager - Standard - Daniel D Varner | 8.00 | h | 132.00 | 1,056.00 | N |
| Project Manager - Overtime - Daniel D Varner | 2.00 | h | 198.00 | 396.00 | N |
| Technician - Standard - Drew Speedy | 8.00 | h | 79.00 | 632.00 | N |
| Technician - Overtime - Drew Speedy | 2.00 | h | 118.50 | 237.00 | N |
| Technician - Standard - Janet Musso | 8.00 | h | 79.00 | 632.00 | N |
| Technician - Overtime - Janet Musso | 2.00 | h | 118.50 | 237.00 | N |
| | | | | **3,190.00** | |
| **TRUCKS, TRAILERS, & CONTAINERS** | | | | | |
| Truck - One Ton ER truck - P2160 | 1.00 | d | 534.00 | 534.00 | N |
| FUEL SURCHARGE - P2160 | 1.00 | * | 154.86 | 154.86 | N |
| Rolloff Truck w/ Driver - R534SP | 10.00 | h | 165.00 | 1,650.00 | N |
| FUEL SURCHARGE - R534SP | 1.00 | * | 478.50 | 478.50 | N |
| Truck - Service Truck 4 x 4 Crew/ 3/4 Ton - P1877 | 1.00 | d | 315.00 | 315.00 | N |
| FUEL SURCHARGE - P1877 | 1.00 | * | 91.35 | 91.35 | N |
| Truck - Service Truck 4 x 4 Crew/ 3/4 Ton - P2259 | 1.00 | d | 315.00 | 315.00 | N |
| FUEL SURCHARGE - P2259 | 1.00 | * | 91.35 | 91.35 | N |
| | | | | **3,630.06** | |
| **MACHINERY/CONSTRUCTION EQUIPMENT** | | | | | |
| Excavator - Mini with Standard Attachments (1ft & 2 ft buckets) - M366SP | 10.00 | h | 155.00 | 1,550.00 | N |
| FUEL SURCHARGE - M366SP | 1.00 | * | 449.50 | 449.50 | N |
| Skid Steer Loader with attachments (forks, buckets, broom, grapples) - M356SP | 10.00 | h | 151.00 | 1,510.00 | N |
| FUEL SURCHARGE - M356SP | 1.00 | * | 437.90 | 437.90 | N |
| | | | | **3,947.40** | |

**03/10/2025**
**HEALTH & SAFETY**

ENVIROSERVE®

9815 South Monroe Street, Suite 300, Sandy, UT 84070
216 642 1311 www.EnviroServe.com

Remit To: Enviroserve Inc.
P.O. Box 200941, Dallas, TX 75320-0941
invoicing@enviroserve.com

| INVOICE | |
|---|---|
| Site / Work Order No | 2100/41855 |
| Invoice Number | 10049692 |
| Invoice Date | 04/28/2025 |
| Customer Number | 2394907 |
| Terms of Payment | NET 30 |
| Amount Due(USD) | **$ 68,121.95** |
| Customer PO No | |
| Salesperson | Scott M Sutter |

| | Quantity | UoM | Rate | Amount | Tax |
|---|---|---|---|---|---|
| **03/10/2025** | | | | | |
| PPE - Gloves - Leather | 1.00 | Each | 20.00 | 20.00 | N |
| | | | | **20.00** | |
| **PERSONNEL** | | | | | |
| Technician - Standard - Drew Speedy | 4.00 | h | 79.00 | 316.00 | N |
| | | | | **316.00** | |
| **TRUCKS, TRAILERS, & CONTAINERS** | | | | | |
| Truck - One Ton ER truck - 170SP | 0.50 | d | 534.00 | 267.00 | N |
| FUEL SURCHARGE - 170SP | 1.00 | * | 77.43 | 77.43 | N |
| | | | | **344.43** | |
| **03/17/2025** | | | | | |
| **HEALTH & SAFETY** | | | | | |
| PPE Per Day EA | 2.00 | Each | 100.00 | 200.00 | N |
| | | | | **200.00** | |
| **PERSONNEL** | | | | | |
| Project Manager - Standard - Daniel D Varner | 4.00 | h | 132.00 | 528.00 | N |
| | | | | **528.00** | |
| **TRUCKS, TRAILERS, & CONTAINERS** | | | | | |
| Rolloff Unit w/ Driver - R534SP | 8.25 | h | 165.00 | 1,361.25 | N |
| FUEL SURCHARGE - R534SP | 1.00 | * | 394.76 | 394.76 | N |
| Rolloff Unit w/ Driver - S3764 | 8.00 | h | 165.00 | 1,320.00 | N |
| FUEL SURCHARGE - S3764 | 1.00 | * | 382.80 | 382.80 | N |
| Truck - Service Truck 4 x 4 Crew/ 3/4 Ton - P2259 | 0.50 | d | 315.00 | 157.50 | N |
| FUEL SURCHARGE - P2259 | 1.00 | * | 45.68 | 45.68 | N |
| | | | | **3,661.99** | |
| **SERVICES** | | | | | |
| Burnt Product Disposal - | 34.67 | * | 180.00 | 6,240.60 | N |
| | | | | **6,240.60** | |
| **03/18/2025** | | | | | |
| **HEALTH & SAFETY** | | | | | |
| PPE Per Day EA | 4.00 | Each | 100.00 | 400.00 | N |
| | | | | **400.00** | |
| **PERSONNEL** | | | | | |
| Technician - Standard - Rodney L Dye | 4.50 | h | 79.00 | 355.50 | N |
| | | | | **1,305.00** | |

ENVIROSERVE®

9815 South Monroe Street, Suite 300, Sandy, UT 84070
216 642 1311 www.EnviroServe.com

Remit To: Enviroserve Inc.
P.O. Box 200941, Dallas, TX 75320-0941
invoicing@enviroserve.com

| INVOICE | |
|---|---|
| Site / Work Order No | 2100/41855 |
| Invoice Number | 10049692 |
| Invoice Date | 04/28/2025 |
| Customer Number | 2394907 |
| Terms of Payment | NET 30 |
| Amount Due(USD) | **$ 68,121.95** |
| Customer PO No | |
| Salesperson | Scott M Sutter |

| | Quantity | UoM | Rate | Amount | Tax |
|---|---|---|---|---|---|
| **03/18/2025** | | | | | |
| Technician - Standard - Devin M Murphy | 4.50 | h | 79.00 | 355.50 | N |
| Project Manager - Standard - Daniel D Varner | 4.50 | h | 132.00 | 594.00 | N |
| | | | | **1,305.00** | |
| **TRUCKS, TRAILERS, & CONTAINERS** | | | | | |
| Truck - Service Truck 4 x 4 Crew/ 3/4 Ton - P2259 | 1.00 | d | 315.00 | 315.00 | N |
| FUEL SURCHARGE - P2259 | 1.00 | * | 91.35 | 91.35 | N |
| Truck - Service Truck 4 x 4 Crew/ 3/4 Ton - P1987 | 1.00 | d | 315.00 | 315.00 | N |
| FUEL SURCHARGE - P1987 | 1.00 | * | 91.35 | 91.35 | N |
| Rolloff Unit w/ Operator - S3764 | 9.07 | h | 165.00 | 1,496.55 | N |
| FUEL SURCHARGE - S3764 | 1.00 | * | 434.00 | 434.00 | N |
| | | | | **2,743.25** | |
| **FEES & SURCHARGES** | | | | | |
| EIC Fee - | 61,415.27 | Percent | 0.11 | 6,755.68 | N |
| | | | | **6,755.68** | |

ENVIROSERVE

9815 South Monroe Street, Suite 300, Sandy, UT 84070
216 642 1311 www.EnviroServe.com

Remit To: Enviroserve Inc.
P.O. Box 200941, Dallas, TX 75320-0941
invoicing@enviroserve.com

| | INVOICE |
|---|---|
| Site / Work Order No | 2100/41855 |
| Invoice Number | 10049692 |
| Invoice Date | 04/28/2025 |
| Customer Number | 2394907 |
| Terms of Payment | NET 30 |
| Amount Due(USD) | **$ 68,121.95** |
| Customer PO No | |
| Salesperson | Scott M Sutter |

**Invoice Summaries**

| By Date | Amount |
|---|---|
| 03/05/2025 | 14,545.36 |
| 03/06/2025 | 19,645.18 |
| 03/07/2025 | 11,416.46 |
| 03/10/2025 | 680.43 |
| 03/17/2025 | 10,630.59 |
| 03/18/2025 | 11,203.93 |
| **Sub - Total :** | **68,121.95** |
| **Tax Amount :** | **0.00** |
| **Total :** | **68,121.95** |

WASTE MANAGEMENT

Cuyahoha Regional Landfill
6640 Cochran Road
Solon, OH, 44139
Ph: 440-498-5700

Original
Ticket# 574666

Customer: SMB INTERNATIONAL LLC 960905OH
1081 ROSEMARY BLVD
AKRON, OH, 44306

Ticket Date 03/17/2025

Account #: 0000753
Payment Type: Credit Account
Check #:
Manual Tckt#:
PO:

Carrier: ENVIROSERVE
Dest.:
Vehicle#: r354
Container:
Driver:
Haul Tic#:
Contract:

Volume

Manifest: 3/17/25
Profile 960905OH (C&D BUILDING MATERIALS)
Generator SMB INTERNATIONAL-1081 SMB INTERNATIONAL LLC 1081 ROSEMARY BLVD AKRON

| | Time | Scale | Operator |
|---|---|---|---|
| In | 03/17/2025 11:39:32 | Inbound | Kyle Stark |
| Out | 03/17/2025 12:10:38 | Outbound | Kyle Stark |

Comments:

Inbound

| | |
|---|---|
| Gross | 44840 lb |
| Tare | 37140 lb |
| Net | 7700 lb |
| Tons | 3.85 |

| Product | LD% | Qty | | Rate | Fee | Amount | Origin |
|---|---|---|---|---|---|---|---|
| C&D Material-Tons-C&D - Mixe | 100 | 3.85 | Tons | | | | OH-SUMMIT |
| EVF-L-Environmental Surcharg | 100 | 1 | Load | | | | OH-SUMMIT |
| FUEL-Fuel Surcharge | 100 | | % | | | | OH-SUMMIT |

Total Fees
Total Ticket

Driver`s Signature

SUPPORTING DOCUMENTATION ONLY

IFS WO# 0132026
JRS # 0132026

FOR LEAK, FIRE OR MEDICAL EMERGENCY, CALL INFOTRAC AT 1-800-535-5053 AND REFERENCE CONTRACT #104631

**BILL OF LADING MATERIAL MANIFEST**

| 1. Generator ID Number | 2. Page 1of | 3. Emergency Response Phone | Document Number |
|---|---|---|---|
| OHD001722529 | 1 | 800.488.0910 | 41855_031703 |

4. Generator's Name and Mailing Address
SMB INTERNATIONAL LLC
1081 ROSEMARY BLVD, AKRON, OH 44306
Generator's Phone (330) 338-8332

Generator's Site Address (if different than mailing address)

| 5. Transporter 1 Company Name | 6. US EPA ID Number | A. Transporter's Phone |
|---|---|---|
| ENVIROSERVE INC. | OH0000333336 | 800.488.0910 |
| 7. Transporter 2 Company Name | 8. US EPA ID Number | B. Transporter's Phone |
| | | |
| 9. Designated Facility Name and Site Address | 10. US EPA ID Number | C. Facility's Phone |
| CUYAHOGA REGIONAL LANDFILL<br>6640 COCHRAN ROAD, SOLON, OH 44139 | | (440) 498-5700 |

| | HM | 11. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | |
|---|---|---|---|---|---|---|---|
| a. | | NON HAZ NON DOT REGULATED MATERIAL (C&D MATERIALS) 9609050H | | CM | 10 | T | 3.85 |
| b. | | | | | | | |
| c. | | | | | | | |
| d. | | Box# RO2022 | | | | | |
| e. | | | | | | | |

15. Special Handling Instructions and Additional Information
11A
11B
11C
11D
11E
ENVSRV PO# : 357

16. GENERATOR CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| CHIP HERSHBERGER (as agent) | Chip Hershberger | 03 | 17 | 25 |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Rodney DyE | Rodney Dye | 03 | 17 | 25 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

19. Discrepancy

19a. Discrepancy Indication Space ☐ Quantity ☐ Type ☐ Residue ☐ Partial Rejection ☐ Full Rejection

Manifest Reference Number:

19b. Alternate Facility (or Generator) US EPA ID Number

Facility's Phone:

19c. Signature of Alternate Facility (or Generator) Signature Month Day Year

20. Facility Owner or Operator: Certification of receipt of materials covered by this manifest except as noted in Item 19a

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Lyle Stark | [signature] | 3 | 17 | 25 |

ORIGINAL - RETURN TO GENERATOR

GENERATOR / TRANSPORTER / DESIGNATED FACILITY

SUPPORTING DOCUMENTATION ONLY

IFS WO# 2613-00
JRS # 0132026

FOR LEAK, FIRE OR MEDICAL EMERGENCY, CALL INFOTRAC AT 1-800-535-5053 AND REFERENCE CONTRACT #104631

**BILL OF LADING MATERIAL MANIFEST**

| 1. Generator ID Number | 2. Page 1 of | 3. Emergency Response Phone | Document Number |
|---|---|---|---|
| OHD001722529 | 1 | 800.488.0910 | 41855_031703 |

GENERATOR

4. Generator's Name and Mailing Address: SMB INTERNATIONAL LLC
1081 ROSEMARY BLVD, AKRON, OH 44306
Generator's Phone (330) 338-8332

Generator's Site Address (if different than mailing address):

| 5. Transporter 1 Company Name | 6. US EPA ID Number | A. Transporter's Phone |
|---|---|---|
| ENVIROSERVE INC. | OH0000333336 | 800.488.0910 |
| 7. Transporter 2 Company Name | 8. US EPA ID Number | B. Transporter's Phone |
| | | |
| 9. Designated Facility Name and Site Address | 10. US EPA ID Number | C. Facility's Phone |
| CUYAHOGA REGIONAL LANDFILL<br>6640 COCHRAN ROAD, SOLON, OH 44139 | | (440) 498-5700 |

| | HM | 11. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | |
|---|---|---|---|---|---|---|---|
| a. | | NON HAZ NON DOT REGULATED MATERIAL (C&D MATERIALS) 9609050H | | CM | 10 | T | |
| b. | | | | | | | |
| c. | | | | | | | |
| d. | | Box # Ro 2022 | | | | | |
| e. | | | | | | | |

11A
11B
11C
11D
11E

15. Special Handling Instructions and Additional Information

ENVSRV PO# : 357

16 GENERATOR CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| CHIP HERSHBERGER (as agent) | Chip Hershberger | 03 | 17 | 25 |

TRANSPORTER

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Rodney Dye | Rodney Dye | 03 | 17 | 25 |

18 Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

DESIGNATED FACILITY

19. Discrepancy

19a. Discrepancy Indication Space ☐ Quantity ☐ Type ☐ Residue ☐ Partial Rejection ☐ Full Rejection

Manifest Reference Number:

19b. Alternate Facility (or Generator) — US EPA ID Number

Facility's Phone:

19c. Signature of Alternate Facility (or Generator)

| Signature | Month | Day | Year |
|---|---|---|---|
| | | | |

20. Facility Owner or Operator: Certification of receipt of materials covered by this manifest except as noted in Item 19a

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

SUPPORTING DOCUMENTATION ONLY

ORIGINAL - RETURN TO GENERATOR

WASTE MANAGEMENT

Cuyahoha Regional Landfill
6640 Cochran Road
Solon, OH, 44139
Ph: 440-498-5700

Original
Ticket# 574643

Customer: SMB INTERNATIONAL LLC 960905OH
1081 ROSEMARY BLVD
AKRON, OH, 44306

Ticket Date 03/17/2025

Account #: 0000753
Payment Type: Credit Account
Check #:
Manual Tckt#:
PO:

Carrier: ENVIROSERVE
Dest.:
Vehicle#: r354
Container:
Driver:
Haul Tic#:
Contract:

Volume

Manifest: 3/17/25
Profile 960905OH (C&D BUILDING MATERIALS)
Generator SMB INTERNATIONAL-1081 SMB INTERNATIONAL LLC 1081 ROSEMARY BLVD AKRON

| | Time | Scale | Operator |
|---|---|---|---|
| In | 03/17/2025 09:17:25 | Inbound | Kyle Stark |
| Out | 03/17/2025 09:47:32 | Outbound | Kyle Stark |

Comments:

| Inbound | | |
|---|---|---|
| | Gross | 59040 lb |
| | Tare | 38440 lb |
| | Net | 20600 lb |
| | Tons | 10.30 |

| Product | LD% | Qty | Rate | Fee | Amount | Origin |
|---|---|---|---|---|---|---|
| C&D Material-Tons-C&D - Mixe | 100 | 10.30 Tons | | | | OH-SUMMIT |
| EVF-L-Environmental Surcharg | 100 | 1 Load | | | | OH-SUMMIT |
| FUEL-Fuel Surcharge | 100 | % | | | | OH-SUMMIT |

Total Fees
Total Ticket

Driver`s Signature

SUPPORTING DOCUMENTATION ONLY

IFS WO# 0132026
JRS # 0132026

FOR LEAK, FIRE OR MEDICAL EMERGENCY, CALL INFOTRAC AT 1-800-535-5053 AND REFERENCE CONTRACT #104631

**BILL OF LADING MATERIAL MANIFEST**

| 1. Generator ID Number | 2. Page 1 of | 3. Emergency Response Phone | Document Number |
|---|---|---|---|
| OHD001722529 | 1 | 800.488.0910 | 41855_031701 |

4. Generator's Name and Mailing Address: SMB INTERNATIONAL LLC, 1081 ROSEMARY BLVD, AKRON, OH 44306
Generator's Site Address (if different than mailing address):
Generator's Phone (330) 338-8332

| 5. Transporter 1 Company Name | 6. US EPA ID Number | A. Transporter's Phone |
|---|---|---|
| ENVIROSERVE INC. | OH0000333336 | 800.488.0910 |
| 7. Transporter 2 Company Name | 8. US EPA ID Number | B. Transporter's Phone |
| | | |

| 9. Designated Facility Name and Site Address | 10. US EPA ID Number | C. Facility's Phone |
|---|---|---|
| CUYAHOGA REGIONAL LANDFILL, 6640 COCHRAN ROAD, SOLON, OH 44139 | | (440) 498-5700 |

| | HM | 11. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | |
|---|---|---|---|---|---|---|---|
| a. | | NON HAZ NON DOT REGULATED MATERIAL (C&D MATERIALS) 9609050H | | CM | 10 | T | 10.30 |
| b. | | | | | | | |
| c. | | | | | | | |
| d. | | Box # ROB321 | | | | | |
| e. | | | | | | | |

11A
11B
11C
11D
11E

15. Special Handling Instructions and Additional Information

ENVSRV PO# : 357

16. GENERATOR CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| CHIP HERSHBERGER (as agent) | Chip Hershberger | 03 | 17 | 25 |

GENERATOR

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Rodney Dye | Rodney Dye | 03 | 17 | 25 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

TRANSPORTER

19. Discrepancy

19a. Discrepancy Indication Space ☐ Quantity ☐ Type ☐ Residue ☐ Partial Rejection ☐ Full Rejection

Manifest Reference Number:

19b. Alternate Facility (or Generator) — US EPA ID Number

Facility's Phone:

| 19c. Signature of Alternate Facility (or Generator) | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

20. Facility Owner or Operator: Certification of receipt of materials covered by this manifest except as noted in Item 19a

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Kyle Sterk | [signature] | 3 | 17 | 25 |

DESIGNATED FACILITY

SUPPORTING DOCUMENTATION ONLY

ORIGINAL - RETURN TO GENERATOR

JRS # 0132026

FOR LEAK, FIRE OR MEDICAL EMERGENCY, CALL
INFOTRAC AT 1-800-535-5053 AND REFERENCE
CONTRACT #104631

**BILL OF LADING MATERIAL MANIFEST**

| | |
|---|---|
| 1. Generator ID Number | OHD001722529 |
| 2. Page 1 of | 1 |
| 3. Emergency Response Phone | 800.488.0910 |
| Document Number | 41855_031701 |
| 4. Generator's Name and Mailing Address | SMB INTERNATIONAL LLC<br>1081 ROSEMARY BLVD, AKRON, OH 44306 |
| Generator's Site Address (if different than mailing address) | |
| Generator's Phone | (330) 338-8332 |
| 5. Transporter 1 Company Name | ENVIROSERVE INC. |
| 6. US EPA ID Number | OH0000333336 |
| A. Transporter's Phone | 800.488.0910 |
| 7. Transporter 2 Company Name | |
| 8. US EPA ID Number | |
| B. Transporter's Phone | |
| 9. Designated Facility Name and Site Address | CUYAHOGA REGIONAL LANDFILL<br>6640 COCHRAN ROAD, SOLON, OH 44139 |
| 10. US EPA ID Number | |
| C. Facility's Phone | (440) 498-5700 |

GENERATOR

| HM | 11. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol |
|---|---|---|---|---|---|
| | a. NON HAZ NON DOT REGULATED MATERIAL (C&D MATERIALS) 9609050H | | CM | 10 | T |
| | b. | | | | |
| | c. | | | | |
| | d. Box # ROB 321 | | | | |
| | e. | | | | |

15. Special Handling Instructions and Additional Information

11A
11B
11C
11D
11E

ENVSRV PO# : 357

16. GENERATOR CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| CHIP HERSHBERGER (as agent) | Chip Hershberger | 03 | 17 | 25 |

TRANSPORTER

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Rodney DyE | Rodney Dye | 03 | 17 | 25 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

DESIGNATED FACILITY

19. Discrepancy

19a. Discrepancy Indication Space ☐ Quantity ☐ Type ☐ Residue ☐ Partial Rejection ☐ Full Rejection

Manifest Reference Number:

19b. Alternate Facility (or Generator) US EPA ID Number

Facility's Phone:

| 19c. Signature of Alternate Facility (or Generator) | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

20. Facility Owner or Operator: Certification of receipt of materials covered by this manifest except as noted in Item 19a

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

ORIGINAL–RETURN TO GENERATOR

SUPPORTING DOCUMENTATION ONLY

WASTE MANAGEMENT

Cuyahoha Regional Landfill
6640 Cochran Road
Solon, OH, 44139
Ph: 440-498-5700

Original
Ticket# 574642

Customer: SMB INTERNATIONAL LLC 960905OH
1081 ROSEMARY BLVD
AKRON, OH, 44306

Ticket Date 03/17/2025

Account #: 0000753
Payment Type: Credit Account
Check #:
Manual Tckt#:
PO:
Manifest: 3/17/25
Profile 960905OH (C&D BUILDING MATERIALS)
Generator SMB INTERNATIONAL-1081 SMB INTERNATIONAL LLC 1081 ROSEMARY BLVD AKRON

Carrier: ENVIROSERVE
Dest.:
Vehicle#: 3764
Container:
Driver:
Haul Tic#:
Contract:

Volume

| | Time | Scale | Operator |
|---|---|---|---|
| In | 03/17/2025 09:15:51 | Inbound | Kyle Stark |
| Out | 03/17/2025 09:46:30 | Outbound | Kyle Stark |

Comments: jacob

Inbound

| | |
|---|---|
| Gross | 59880 lb |
| Tare | 35820 lb |
| Net | 24060 lb |
| Tons | 12.03 |

| Product | LD% | Qty | | Rate | Fee | Amount | Origin |
|---|---|---|---|---|---|---|---|
| C&D Material-Tons-C&D - Mixe | 100 | 12.03 | Tons | | | | OH-SUMMIT |
| EVF-L-Environmental Surcharg | 100 | 1 | Load | | | | OH-SUMMIT |
| FUEL-Fuel Surcharge | 100 | | % | | | | OH-SUMMIT |

Total Fees
Total Ticket

Jacob Phillips
Driver`s Signature

SUPPORTING DOCUMENTATION ONLY

IFS WO# 0132026
JRS # 0132026

FOR LEAK, FIRE OR MEDICAL EMERGENCY, CALL INFOTRAC AT 1-800-535-5053 AND REFERENCE CONTRACT #104631

# BILL OF LADING MATERIAL MANIFEST

| | | | |
|---|---|---|---|
| 1. Generator ID Number: OHD001722529 | 2. Page 1 of 1 | 3. Emergency Response Phone: 800.488.0910 | Document Number: 41855_031702 |

4. Generator's Name and Mailing Address: SMB INTERNATIONAL LLC, 1081 ROSEMARY BLVD, AKRON, OH 44306
Generator's Site Address (if different than mailing address):
Generator's Phone (330) 338-8332

5. Transporter 1 Company Name: ENVIROSERVE INC.
6. US EPA ID Number: OH0000333336
A. Transporter's Phone: 800.488.0910

7. Transporter 2 Company Name:
8. US EPA ID Number:
B. Transporter's Phone:

9. Designated Facility Name and Site Address: CUYAHOGA REGIONAL LANDFILL, 6640 COCHRAN ROAD, SOLON, OH 44139
10. US EPA ID Number:
C. Facility's Phone: (440) 498-5700

| | HM | 11. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | |
|---|---|---|---|---|---|---|---|
| a. | | NON HAZ NON DOT REGULATED MATERIAL (C&D MATERIALS) 9609050H | 1 | CM | 10 | T | 12.03 |
| b. | | | | | | | |
| c. | | | | | | | |
| d. | | | | | | | |
| e. | | | | | | | |

11A 11B 11C 11D 11E

15. Special Handling Instructions and Additional Information
Box # RdB196
ENVSRV PO# : 357

16 GENERATOR CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| CHIP HERSHBERGER (as agent) | Chip Hershberger | 03 | 17 | 25 |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Jacob Phillips | Jacob Phillips | 03 | 17 | 25 |

18 Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

19. Discrepancy
19a. Discrepancy Indication Space ☐ Quantity ☐ Type ☐ Residue ☐ Partial Rejection ☐ Full Rejection
Manifest Reference Number:
19b. Alternate Facility (or Generator) US EPA ID Number
Facility's Phone:

| 19c Signature of Alternate Facility (or Generator) | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

20. Facility Owner or Operator: Certification of receipt of materials covered by this manifest except as noted in Item 19a

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Kyle Stark | [signature] | 3 | 17 | 25 |

GENERATOR / TRANSPORTER / DESIGNATED FACILITY

SUPPORTING DOCUMENTATION ONLY

ORIGINAL - RETURN TO GENERATOR

WO# 0132026
RS # 0132026

FOR LEAK, FIRE OR MEDICAL EMERGENCY, CALL INFOTRAC AT 1-800-535-5053 AND REFERENCE CONTRACT #104631

**BILL OF LADING MATERIAL MANIFEST**

1. Generator ID Number: OHD001722529
2. Page 1 of 1
3. Emergency Response Phone: 800.488.0910
Document Number: 41855_031702

4. Generator's Name and Mailing Address: SMB INTERNATIONAL LLC, 1081 ROSEMARY BLVD, AKRON, OH 44306
Generator's Site Address (if different than mailing address):
Generator's Phone (330) 338-8332

5. Transporter 1 Company Name: ENVIROSERVE INC.
6. US EPA ID Number: OH0000333336
A. Transporter's Phone: 800.488.0910

7. Transporter 2 Company Name:
8. US EPA ID Number:
B. Transporter's Phone:

9. Designated Facility Name and Site Address: CUYAHOGA REGIONAL LANDFILL, 6640 COCHRAN ROAD, SOLON, OH 44139
10. US EPA ID Number:
C. Facility's Phone: (440) 498-5700

GENERATOR

| | HM | 11. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 12. Containers No. | 12. Containers Type | 13. Total Quantity | 14. Unit Wt/Vol | |
|---|---|---|---|---|---|---|---|
| a. | | NON HAZ NON DOT REGULATED MATERIAL (C&D MATERIALS) 9609050H | 1 | CM | 10 | T | |
| b. | | | | | | | |
| c. | | | | | | | |
| d. | | | | | | | |
| e. | | | | | | | |

11A
11B
11C
11D
11E

15. Special Handling Instructions and Additional Information
Box # RoB 196
ENVSRV PO# : 357

16. GENERATOR CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| CHIP HERSHBERGER (as agent) | Chip Hershberger | 03 | 17 | 25 |

TRANSPORTER

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Jacob Phillips | Jacob Phillips | 03 | 17 | 25 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

DESIGNATED FACILITY

19. Discrepancy
19a. Discrepancy Indication Space ☐ Quantity ☐ Type ☐ Residue ☐ Partial Rejection ☐ Full Rejection
Manifest Reference Number:
19b. Alternate Facility (or Generator) US EPA ID Number
Facility's Phone:
19c. Signature of Alternate Facility (or Generator) Signature Month Day Year

20. Facility Owner or Operator: Certification of receipt of materials covered by this manifest except as noted in Item 19a

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

ORIGINAL – RETURN TO GENERATOR

SUPPORTING DOCUMENTATION ONLY

WASTE MANAGEMENT

Cuyahoha Regional Landfill
6640 Cochran Road
Solon, OH, 44139
Ph: 440-498-5700

Original
Ticket# 574665

Customer: SMB INTERNATIONAL LLC 960905OH
1081 ROSEMARY BLVD
AKRON, OH, 44306

Ticket Date 03/17/2025

Account #: 0000753
Payment Type: Credit Account
Check #:
Manual Tckt#:
PO:

Carrier: ENVIROSERVE
Dest.:
Vehicle#: 3764
Container:
Driver:
Haul Tic#:
Contract:

Volume

Manifest: 3/17/25
Profile 960905OH (C&D BUILDING MATERIALS)
Generator SMB INTERNATIONAL-1081 SMB INTERNATIONAL LLC 1081 ROSEMARY BLVD AKRON

| | Time | Scale | Operator |
|---|---|---|---|
| In | 03/17/2025 11:37:26 | Inbound | Kyle Stark |
| Out | 03/17/2025 12:09:34 | Outbound | Kyle Stark |

Comments:

| Inbound | | |
|---|---|---|
| | Gross | 51840 lb |
| | Tare | 34860 lb |
| | Net | 16980 lb |
| | Tons | 8.49 |

| Product | LD% | Qty | | Rate | Fee | Amount | Origin |
|---|---|---|---|---|---|---|---|
| C&D Material-Tons-C&D - Mixe | 100 | 8.49 | Tons | | | | OH-SUMMIT |
| EVF-L-Environmental Surcharg | 100 | 1 | Load | | | | OH-SUMMIT |
| FUEL-Fuel Surcharge | 100 | | % | | | | OH-SUMMIT |

Total Fees
Total Ticket

Jacob Phillips
Driver`s Signature

SUPPORTING DOCUMENTATION ONLY

IFS WO# 0132026
JRS # 0132026

FOR LEAK, FIRE OR MEDICAL EMERGENCY, CALL
INFOTRAC AT 1-800-535-5053 AND REFERENCE
CONTRACT #104631

**BILL OF LADING MATERIAL MANIFEST**

| 1. Generator ID Number | 2. Page 1 of | 3. Emergency Response Phone | Document Number |
|---|---|---|---|
| OHD001722529 | 1 | 800.488.0910 | 41855_031704 |

4. Generator's Name and Mailing Address: SMB INTERNATIONAL LLC, 1081 ROSEMARY BLVD, AKRON, OH 44306
Generator's Site Address (if different than mailing address):
Generator's Phone (330) 338-8332

| 5. Transporter 1 Company Name | 6. US EPA ID Number | A. Transporter's Phone |
|---|---|---|
| ENVIROSERVE INC. | OH0000333336 | 800.488.0910 |
| 7. Transporter 2 Company Name | 8. US EPA ID Number | B. Transporter's Phone |
| | | |
| 9. Designated Facility Name and Site Address | 10. US EPA ID Number | C. Facility's Phone |
| CUYAHOGA REGIONAL LANDFILL, 6640 COCHRAN ROAD, SOLON, OH 44139 | | (440) 498-5700 |

| | HM | 11. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | |
|---|---|---|---|---|---|---|---|
| a. | | NON HAZ NON DOT REGULATED MATERIAL (C&D MATERIALS) 9609050H | 1 | CM | 10 | T | 8.49 |
| b. | | | | | | | |
| c. | | | | | | | |
| d. | | | | | | | |
| e. | | | | | | | |

SUPPORTING DOCUMENTATION ONLY

11A 15. Special Handling Instructions and Additional Information
Box# R02017
11B
11C ENVSRV PO# : 357
11D
11E

16. GENERATOR CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| CHIP HERSHBERGER (as agent) | Chip Hershberger | 03 | 17 | 25 |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Jacob Phillips | Jacob Phillips | 03 | 17 | 25 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

19. Discrepancy
19a. Discrepancy Indication Space ☐ Quantity ☐ Type ☐ Residue ☐ Partial Rejection ☐ Full Rejection
Manifest Reference Number:
19b. Alternate Facility (or Generator) US EPA ID Number
Facility's Phone:
19c. Signature of Alternate Facility (or Generator) Signature Month Day Year

20. Facility Owner or Operator: Certification of receipt of materials covered by this manifest except as noted in Item 19a

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Kyle Stark | [signature] | 3 | 17 | 25 |

ORIGINAL—RETURN TO GENERATOR

IFS WO# 0132026
JRS # 0132026

FOR LEAK, FIRE OR MEDICAL EMERGENCY, CALL
INFOTRAC AT 1-800-535-5053 AND REFERENCE
CONTRACT #104631

| BILL OF LADING MATERIAL MANIFEST | 1. Generator ID Number OHD001722529 | 2. Page 1of 1 | 3. Emergency Response Phone 800.488.0910 | Document Number 41855_031704 |
|---|---|---|---|---|

**GENERATOR**

4. Generator's Name and Mailing Address
SMB INTERNATIONAL LLC
1081 ROSEMARY BLVD, AKRON, OH 44306
Generator's Phone (330) 338-8332

Generator's Site Address (if different than mailing address)

| 5. Transporter 1 Company Name | 6. US EPA ID Number | A. Transporter's Phone |
|---|---|---|
| ENVIROSERVE INC. | OH0000333336 | 800.488.0910 |
| **7. Transporter 2 Company Name** | **8. US EPA ID Number** | **B. Transporter's Phone** |
| | | |
| **9. Designated Facility Name and Site Address** | **10. US EPA ID Number** | **C. Facility's Phone** |
| CUYAHOGA REGIONAL LANDFILL<br>6640 COCHRAN ROAD, SOLON, OH 44139 | | (440) 498-5700 |

| | HM | 11. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | |
|---|---|---|---|---|---|---|---|
| a. | | NON HAZ NON DOT REGULATED MATERIAL (C&D MATERIALS) 9609050H | 1 | CM | 10 | T | |
| b. | | | | | | | |
| c. | | | | | | | |
| d. | | | | | | | |
| e. | | | | | | | |

11A
11B
11C
11D
11E

15. Special Handling Instructions and Additional Information

Box # R02017

ENVSRV PO# : 357

16. GENERATOR CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| CHIP HERSHBERGER (as agent) | Chip Hershberger | 03 | 17 | 25 |

**TRANSPORTER**

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Jacob Phillips | Jacob Phillips | 03 | 17 | 25 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

**DESIGNATED FACILITY**

19. Discrepancy

19a. Discrepancy Indication Space ☐ Quantity ☐ Type ☐ Residue ☐ Partial Rejection ☐ Full Rejection

Manifest Reference Number:

19b. Alternate Facility (or Generator) US EPA ID Number

Facility's Phone:

| 19c. Signature of Alternate Facility (or Generator) | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

20. Facility Owner or Operator: Certification of receipt of materials covered by this manifest except as noted in Item 19a

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

SUPPORTING DOCUMENTATION ONLY