UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:26-cv-60605-LEIBOWITZ

SMB INTERNATIONAL, LLC,

      *Plaintiff*,

v.

CARGO SOLUTION EXPRESS, INC.,

      *Defendant.*

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Leave to File Amended Complaint ("the Motion") [ECF No. 15].  Being fully advised, it is hereby **ORDERED AND ADJDUGED** that the Motion [**ECF No. 15**] is **GRANTED**.  Plaintiff shall file the amended complaint as a standalone entry on the docket no later than July 3, 2026.  Plaintiff shall serve the amended complaint on Defendant within sixty (60) days of entry of this order.  Plaintiff shall promptly file proof of service.

      **DONE AND ORDERED** in the Southern District of Florida on July 2, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record